United States District Court
Southern District Of New York

--------------------------------------------x

Herman Kelley,

                               **Plaintiff,**

      _against

The Universal Music Group,
The Island Def Jam Music Group,
Island Def Jam Records,
Desert Storm Records, Kila Records
and John David Jackson p/k/a Fabolous

                              **Defendants,**

--------------------------------------------x

*04/22/14*
Complaint
Jury trial requested



**Plaintiff** Herman Kelley is doing business at
419 Netherwood Ave
Piscataway, New Jersey 08854

**Defendant** The Universal Music Group is doing business at
1755 Broadway New York, N.Y. 10019

**Defendant** The Island Def Jam Music Group/Island Def Jam
Records, is doing business at
1755 Broadway New York, N.Y. 10019

**Defendants** Desert Storm/Kila Records is doing business at
1755 Broadway New York, N.Y. 10019

**Defendant** John Davis Jackson p/k/a Fabolous
is doing business in c/o Island Def Jam Records
1755 Broadway New York, N.Y. 10019

Plaintiffs, for his complaint, allege the following: jurisdiction is based on
U.S.C 1331. and Titles 15 and 17 of the U.S. Code lanham act and Copyright Ad
and on the ancillary and pendant jurisdiction of the court.

This action involves two songs titles. Song (1.) "Try To Leave Me If You Can" which was sampled and illegally used within and throughout song (2.) titled "For The Love". Defendant John Jackson pka (Fabolous the rapper) is the recording artist involved in this action.  Upon information and belief, The Universal Music Group is the parent company of " Island Def Jam Records or the Island Def Jam Music Group which to plaintiff knowledge umbrellas Desert Storm and Kila /Killa Records, the affiliated companies also involved in wrongfully using plaintiff song "Try To Leave Me If You Can" Note: (Exhibit a.) which shows Def Jam Records and its subsidiary labels Desert Storm and Killa Records as being affiliated record labels. This is again reflected in further exhibits within this complaint

### First Cause Of Action: Copyright Infringement

1. In December of 2012 plaintiff found out that his song "Try To Leave Me If You Can" (herein after referred to as ("Try To Leave Me") was illegally sampled and used within and throughout defendant John Davis Jackson's (hereafter referred to as Fabolous) song titled "For The Love".

2. Plaintiff further found out that "For The Love" was included in the Fabolous Soul Tape (2.) Cd, (Exhibit B.) his Soul Collection Cd (Exhibit C.) and his video performance of "For The Love." (Exhibits D). Based on plaintiff research, these products were commercially released on "The Island Def Jam Record" label or one of its subsidiary labels. These releases took place somewhere between November 22, 2012 and May 4th 2013.

3.  Upon information and belief, defendant Fabulous is primarily under exclusive contract with Island Def Jam Records Exhibit (E) and normally, the terms of an exclusive recording contract, would not allow anyone out side of " Island Def Jam Records" or it's affiliated subsidiary labels, to record and or release any product pertaining to Fabolous.

4.  Upon information and belief, none of the subject defendants attempted to get a mechanical license clearance from the writer's or the writer's publisher (The Clyde Otis Music Group) to use "Try To Leave Me" within the song "For The Love."

5.  This legal procedure is clearly explained by Peter S. Shukat, the founder and partner of the New York based entertainment law firm Shukat Arrow Hafer Weber & Herbsman, L.L.P. who personally oversees the business affairs and estates of John Lennon, Bob Moly, Barry White, Miles Davis as well as many of todays contemporary celebrities. Peter Shukats YouTube presentation can be obtained by Googling, "Peter Shukat Sampling licenses".

6.  Note: § Sampling is a form of copying someone else's music (sound recording and underlying composition)

    § You will be required to pay a fee and/or royalties and credit (mention) the original writers/ copyright owner from which the sample is taken as a condition of any license.

    § Sampling will infringe copyright in the music and/or the sound recording, if a 'substantial part' of the original is used without permission. Sample considered 'substantial' by reference to quality rather than length.

    Westbound Records and Bridgeport Music v No Limit Films (2004)

the case centered on the song 100 Miles and Runnin, which samples a three-note guitar riff from Get Off Your Ass and Jam by George Clinton and Funkadelic. The song was included in the 1998 movie I Got the Hook Up by No Limit Films In the two-second sample, the guitar pitch has been lowered, and the copied piece was "looped" and extended to 16 beats. The sample appears five times in the new song.

A US federal appeals court ruled that recording artists should licence every musical sample included in their work even minor, edited, unrecognizable snippets of music. The court posed the question "If you cannot pirate the whole sound recording, can you 'lift' or 'sample' something less than the whole?" The Court's answer to this was NO; and the court added "Get a license or do not sample - we do not see this as stifling creativity in any significant way."-

7.   As mentioned above, the song "For The Love" was (a) included in the CD title "Fabolous Soul Tape 2, (b) Was included in the Fabolous CD title "Soul Collection" and (c) included in a video whereas Fabolous performs "For The Love"(can view from YouTube) . As a result of this wrongful act, plaintiff Herman Kelley as writer of  "Try To Leave Me" have suffered from being denied Mechanical Royalties, Performance Royalties like radio royalties that are paid by national radio stations akin-to  WBLS 107.5 and "Hot 97" 105.7 and their syndicated stations across the country that played "For The Love" heavily during the period 11-22-2012 until around 03/01/ 13.

8.   Digital Download royalties, Ringtone royalties, and multiple unspecified sauces of performance income were lost to plaintiff due to defendants failure to obtain a licenses.

9.   These  acts by the defendants have injured plaintiff financially in the past and continues to date, to cause him mental and emotional harm.

**Mechanical Royalties:** In general, Mechanical Royalties are those royalties derived from actual CD sells from street stores, download sells from various Internet sights like Cd Universe, Best Buy, Amazon and many other venues.

**Performance Royalties:** As above mentioned are royalties derived from radio stations that play music, Internet websites, Restraints, Nightclubs, Airplanes, Television, Motion pictures and other sauces of performance outlets that expose music to the public for a fee.

10. Upon information and believe. Defendants Island Def Jam Records Defendant Fabolous and all other related entities of the defense, has wrongfully and willfully failed to register "Try To Leave Me" with" the performance rights society Broadcast Music Incorporated (B.M.I.) regarding Plaintiff writer credit entitlements and such negligents has and is, depriving him from collecting world wide performance royalties and writer recognition credits for his contribution to subject song "For The Love".

11. Plaintiff is a writer and producer of subject song, "Try To Leave Me." and is a party to the copyright registration of "Try To Leave Me" as validated by Exhibit (F and f 1.), the copyright registration and Exhibit (G) a xerox copy of the original physical 45rpm recording of "Try To Leave Me" which the sample used in "For The Love" was sampled from.

12. Plaintiff as a writer/producer of the lyrics also formatted the musical arrangement, structured the background arrangement, and performed one of the background parts during the recording production process of "Try To Leave Me" in 1974.

## Second Cause Of Action: Violation Of Plaintiff Poetic License

13. Upon information and belief defendants are also in violation of Plaintiff Poetic License rights.

14. Apparently, defendants wrongfully and willfully acted as though they were the writers of plaintiffs' song by extracting a specific section of it from the original master and in doing so, they made unauthorized alterations that speeded up the tempo, distorted and damaged the musical and vocal characteristics of plaintiffs' song.

15. Upon information and belief, it is only the plaintiff, his co-writers, or the writer's publisher that maintain exclusive right under the rule of poetic license to make creative changes in their copyrighted work. Often time's contemporary artist along with their Records labels take advantage of veteran writers and or their publisher, assuming they have decease or have withdrawn from the industry they wrongfully and willfully use their copyrighted work for there on financial gain. It is alleged by plaintiff that this was the Consciousness defendants acted upon in violating plaintiff common law poetic license rights.

### Third Cause Of Action: Fraudulent Deceit and Conspiring To Swindle

16. According to contrary listings posted on multiple websites whereas some websites posted subject CDs' as a free download, other sites posted subject CDs were for sell. Note: the website listings for free downloads Exhibits (H. h(a) and h (b) and the websites that list subject products for sell Exhibit (I. i (a) and i (b). It is plaintiff

belief that defendants strategy of having free downloads on certain websites and sells of CDs on certain other sites, was purposely done to imply that the Fabolous CDs and Video being use were solely for promotional use, however; based on plaintiff findings, it appears that it was an illusive an deceitful plot used to convience and keep plaintiff from Knowing that products involving his song were generating income. At any rate; none of the defendants, its subsidiary entities, administrative departments and or branches of the defendants, had the right to exploit plaintiff song in any way.

17. It is also plaintiff firm belief that Fabolous, in connection with his record label Island Def Jam Records and or their affiliated subsidiary entities, have acquired an account with Google, YouTube and all other websites that air the video titled "For The Love" and offer either sells or free downloads of all the above mentioned products that include plaintiff song "Try To Leave Me."  Plaintiff further believe that it is common practice for websites to pay a fee to famous Rapp celebrities like fabulous because they attract business traffic to their websites of which the websites capitalize on from clients who advertise their goods and or services from these sites.

18. For instance; the website "Free Music Tapes @ DatPiff.com" posted on 11-22-2012 that the Fabolous Soul Tape 2. CD Was viewed 1,856,701 times and was downloaded 791,897 times from their website which means that the artist fabulous attracted 1,856,701 viewers to that site and those 1,856,701 viewers were exposed to advertisements listed on the site, on the other hand, plaintiff have been swindled

and deprived of any income generated from the exploitation of his song altogether. Note (Exhibit (J) confirming the amount of views and downloads made.

## Fourth Cause Of Action: Mental Anguish

19. As a result of the wrongs inflected upon plaintiff from 2013 to date, has suffered from feelings of distress, anxiety and depression which interferes with his creative ability and hinders his inspiration to write. These harmful inflictions such as (a) deprivation of writer credits and recognition (b) deprivation of the opportunity to expand his repartition as a writer and (c) and deprivation of not receiving monitorial compensation for his contribution to the song "For The Love."

20. These losses are detrimental to plaintiff in that he needs every penny earned from his royalties to supplement his fragile annual retirement income.

21. A legal example is the case of the shop, which failed to deliver the bridal gown in time for the wedding-mental anguish flows naturally (along with the bride's tears) from such a breach.

22. To no avail, plaintiff's publisher (The Clyde Otis Music Group) after being informed of this infringement, informed plaintiff that they had found out who defendant fabulous' attorney was and had sent him several emails addressing this matter, in order to prevent litigation, however; to date, his attorney has failed to respond and appear to be ignoring our efforts to resolve this issue out side of court. I have personally attempted to contact someone in business affairs at The Island Def Jam Music Group by phone and by physically going to their location at 1755 Broadway

I declare under penalty of perjury that the forgoing is true.


_____                    Date 04/22 / 14
Plaintiff (pro-se) litigant

Plaintiff Herman Kelley 2014 Exhibits
(The Fabolous Litigation)

1. Exhibit (a) A document showing Desert Storm and Kila Records as umbrella labels of Island Def Jam Records.

2. Exhibit (b) A document showing that "For The Love" was included in the Fabolous Soul Tape (2) CD

3. Exhibit (c) A document showing that "For The Love" was included in the Fabolous Soul Collection CD

4. Exhibit (d) A document showing that "For The Love" was included in the video titled "For The Love" which is presently being aired on YouTube.

5. Exhibit (e) A document from the Island Def Jam records website showing Fabolous, as an Island Def Jam recording artist.

6. Exhibit (f) a copy of the Copyright Registration listing plaintiff as writer

7. Exhibit (g) A copy of the original 45rpm recording of "Try To Leave Me" which the sample used in "For The Love" was taken from.

8. Exhibits (h)- h (a) and h (b) documents listing the "Soul Tape 2. CD As a free download.

9. Exhibits (I)- I (a) and I (b) documents listing the "Soul Tape 2. CD as being for sell.

10. Exhibit (j) A document confirming the amount of views and downloads were made.

11. Exhibit (k) and k (a) An email from Isidro validating that the "Clyde Otis Music Group attempted to resolve our concerns with Fabolous' attorney.

The IDJMG is one of four UMG umbrella labels in North America to market the works of primarily mainstream pop, rock, and urban performers   the other three being Interscope-Geffen-A&M, Capitol Music Group and Republic Records. In 2011, L.A. Reid stepped down as head of the company and was replaced by Weiss. On April 1, 2014, it was announced that Island Def Jam will no longer be running following the resigning of CEO Barry Weiss. In a press released released by Universal Music Group, the label will now be reorganizing Def Jam Recordings, Island Records and Motown Records all as separate entities.[7]

# Awards and accolades

According to the 2012 radio airplay analysis of music industry service Mediabase, IDJMG became the number-one Rhythmic label with seven number one songs played on Rhythmic radio stations from Rihanna, Kanye West, Jay-Z, Ne-Yo, and Justin Bieber.[8]

# Labels

## Def Jam Recordings

- Artium Recordings
- Desert Storm Records
- Disturbing Tha Peace
- GOOD Music
- Radio Killa Records
- Roc-A-Fella Records

## Island Records

- Tuff Gong
- 4th & B'way Records

## Mercury Records

- A&M Records UK[9][10]

# References

1. ^ "Ethiopia Habtemariam Named Senior Vice President of Motown Records | Billboard" (http://www.billboard.biz/bbbiz/industry/record-labels/ethiopia-habtemariam-named-senior-vice-president-1005312132.story). Billboard.biz. 2011-08-10. Retrieved 2014-03-22.
2. ^ [1] (http://www.abc12.com/story/15244252/universal-music-group-umg-promotes-ethiopia-habtemariam-to-senior-vice-president-of-motown-records?clienttype=printable)
3. ^ Sisario, Ben (2011-08-10). "A Young Music Executive Takes Over at Motown" (http://mediadecoder.blogs.nytimes.com/2011/08/10/a-young-music-executive-takes-over-at-motown/). *The New York Times*.

# The S.O.U.L. Tape 2

From Wikipedia, the free encyclopedia

**The S.O.U.L. Tape 2** is the seventh mixtape by American rapper Fabolous, it was released on November 22, 2012.[1] The mixtape features guest appearances from Broadway, J. Cole, Pusha T, Troy Ave, Trey Songz, Cassie, Wale, Joe Budden and Teyana Taylor.[2]

## Contents

- 1 Background
- 2 Reception
    - 2.1 Critical response
- 3 Track listing
- 4 References

## Background

The mixtape was announced on October 22, 2012.[3] On November 7, 2012, the first song was released in promotion of the mixtape titled "For The Love".[4] On December 12, 2012, the music video for "For The Love" was released.[5] On December 30, 2012, the music video for "Life Is So Exciting" featuring Pusha T was released.[6] On March 3, 2013, the music video was released for "B.I.T.E.".[7] On April 22, 2013, the music video was released for "We Get High".[8] On July 30, 2013, the music video was released for "Guess Who's Bizzack" featuring Broadway.[9]

## Reception

### Critical response

Ron Johnson of AllHipHop gave the mixtape seven and a half stars out of ten, saying "Fab s favorite hook supplier, Lil Mo, is surely missed on songs like Life Is So Exciting"



### The S.O.U.L. Tape 2

**Mixtape by Fabolous**

| | |
|---|---|
| **Released** | November 22, 2012 |
| **Recorded** | 2012 |
| **Genre** | Hip hop |
| **Label** | Desert Storm, Def Jam |
| **Producer** | StreetRunner, Teddy Da Don, C-Sick, Mally The Martian, The Arsenals, Sarah J, John Scino, Cardiak, AraabMuzik, Sonaro, Just Blaze, J.Cole |

**Fabolous chronology**

| There Is No Competition 3: Death Comes in 3's (2011) | The S.O.U.L. Tape 2 (2012) |
|---|---|

**Professional ratings**

**Review scores**

*From The Ebay Website*   *Exhibit C*

The Soul Collection by Fabolous CD, May 2013 Kila Records | eBay                                    4/6/14 11:22.

Hi!         or          Daily Deals    Sell    Customer Support                                    My eBay

Shop by
Category                                                                     All Categories         ▼

## * The Soul Collection * by Fabolous (CD, May-2013, Kila Records)



**Refine results:**

| | | |
|---|---|---|
| Condition | Show only: | Location: |
| Brand New | Expedited shipping | US Only |
| Like New | Returns accepted | North America |
| | Free shipping | Worldwide |
| | Completed listings | |

**2 available**

**Brand New**
1 — $12.75

**Like New**
1 — $15.00

**View all listings (2)**

**All**



Buying options

Product description

Reviews & research

Accessories & related Items

Add to wish list          Sell one like this

Set a price alert



Brand New          Buy it now          **$12.75**



Like New          Buy it now          **$15.00**

## Product description

### Album Features
| | |
|---|---|
| UPC: | 803341389762 |
| Artist: | Fabolous |
| Format: | CD |
| Release Year: | 2013 |
| Record Label: | Kila Records |
| Genre: | R&B, Rap |

### Track Listing
1. For the Love
2. Transformation
3. Pain
4. Wolves in Sheep's Clothing - (featuring Paul Cain)
5. BITE
6. Really Tho
7. We Get High
8. That's Not Love

*Exhibit D*

*Can be played from Youtube*

# Fabolous - For The Love [video] (The Soul Tape 2)

SubscribeSubscribedUnsubscribe3,632

## Subscription preferences

Loading...

Loading...

Working...
157,990
705      25
Like
About Share Add to

## Published on Dec 12, 2012

Fabolous - For The Love [video] (The Soul Tape 2)
For the love music video by Fabolous off the Soul Tape 2 Mixtape

Fabolous - For The Love video
Music video for fabolous For The Love

- **Category**

- **License**

  Standard YouTube License

Copy View from The YouTube Website                    Exhibit E

New Video: Fabolous "B.I.T.E"  News  Fabolous | Artists | Def Jam | Island Def Jam

Island Def Jam : Def Jam : Artists : Fabolous : News : New Video: Fabolous "B.I.T.E"

**Find Artists:**

**Search Terms:**

*This document Shows that
The Artist Fabolous is a Island
Def Jam recording artist as it
relates To The Video "For The Love"
which includes plaintiff Song
" Try To Leave Me If You Can"*

March 3, 2013

## New Video: Fabolous B.I.T.E

Check out Fabolous' brand new music video for his track, "B.I.T.E" off his latest mixtape, The
S.O.U.L Tape 2.

Click Here to download Fabolous' "Ready" Ft. Chris Brown Available on iTunes now!

Views: 1436                                        SHARE

COMMENTS ( 0 )

Previous | Comments Page: 1 of 1 | Next

YOUR

*Exhibit + 2nd + 1*

Page 3

FORM E

REGISTRATION NO.

E u 513738

DO NOT WRITE HERE

CLASS

E

# Certificate

## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America

002924

**1. Copyright Claimant(s) and Address(es):**

Name THE NEW YORK TIMES MUSIC CORPORATION & EDEN MUSIC CORP.
c/o THE NEW YORK TIMES MUSIC CORPORATION
Address 655 Madison Avenue, New York, N.Y. 10021

Name _____

Address _____

**2. Title:** TRY TO LEAVE IF YOU CAN
(Title of the musical composition)

**3. Authors:**

Name KELLY, HERMAN
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____
(Check if U.S. citizen)  (Name of country)
Domiciled in U.S.A. Yes X No ___ Address c/o The New York Times Music Corporation  Author of words & music
(State which: words, music, arrangement, etc.)

Name BANKS, BESSIE
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____
(Check if U.S. citizen)  (Name of country)
Domiciled in U.S.A. Yes X No ___ Address c/o The New York Times Music Corporation  Author of words & music
(State which: words, music, arrangement, etc.)

Name GREEN, FRANK
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____
(Check if U.S. citizen)  (Name of country)
Domiciled in U.S.A. Yes X No ___ Address c/o The New York Times Music Corporation  Author of words & music
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

_____
(Month)  (Day)  (Year)

**(b) Place of Publication:**

_____
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ___ No ___ Date of registration _____ Registration number _____

Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____

Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

_____

EXAMINER

*Complete all applicable spaces on next page*

*Exhibit 17*

**6. Deposit account:**

The New York Times Music Corporation

**7. Send correspondence to:**

Name Eileen Mohr                    Address 655 Madison Avenue, N.Y., N.Y. 10021

**8. Send certificate to:**

(Type or
print
name and
address)

Name THE NEW YORK TIMES MUSIC CORPORATION

Address 655 Madison Avenue
(Number and street)

New York                    N.Y.                    10021
(City)                    (State)                    (ZIP code)

## Information concerning copyright in musical compositions

*When to Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration of musical compositions. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

—*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How to Secure Copyright in a Published Musical Composition:*

1. *Produce copies with copyright notice*, by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.

3. *The name of the copyright owner (or owners).* Example: © John Doe 1973

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received | |

Exhibit G



FABOLOUS - The Soul Tape 2 - Download & Stream - DJBooth.net



(http //www djbooth net/index/artists/info/fabolou

DOWNLOAD (http://protected.djbooth.net/mixtapes/fabolous-the-soul-tape-2.zip?Expires=1398128683&Signature=A2Uv0dZmd9tppv8-kJu8w-0b2zWGOYe45v0VtagloEwD1~gTj~kzESnzCxUV5Fexi6y7QAvFJfHdStKY0w0aw1gGrVVdHp6fYK-eWZzpAvWvtJeMFx6wCzCFOTDVuObP3TQkuLpbkpwt8puvDnG-sL5uvUdcgyU3tDO05e1THY_&Key-Pair-Id=APKAIKAIRXBA2H7FXITA)

EMBED

Rap veteran **Fabolous** returns to the DJBooth once again on Thanksgiving day with a follow-up to last year's *The S.O.U.L. Tape* On the appropriately-titled new mixtape *The S.O.U.L. Tape 2* the Brooklyn native is joined by guests J Cole (http //www djbooth net/index/artists/info/j -cole) Joe Budden (http //www djbooth.net/index/artists/info/joe-budden) Pusha T (http //www djbooth.net/index/artists/info/pusha-t) **Teyana Taylor Troy Ave** Wale (http //www djbooth.net/index/artists/info/wale) and more Previously-featured tracks include the **StreetRunner**-produced "For The Love (http //www djbooth net/index/tracks/review/fabolous-for-the-love) "

While discussing the new tape Fab explained "[It's] different from some of the other music that I normally do or put out through my other releases We kept the vibe and the music kind of soulful sample-influenced This one I think I have a little bit more "

Fabolous plans to release his sixth studio album *Loso's Way 2 Rise to Power* sometime in early 2013

**Fans can also check out Fabolous's previous albums: Fabolous - Loso's Way (/index/albums/review/fabolous-losos-way-07290902) | Fabolous - From Nothin' to Somethin' (/index/albums/review/fabolous-from-nothin-to-somethin-0618071)**

## Stream The Soul Tape 2



DOWNLOAD (http://protected.djbooth.net/mixtapes/fabolous-the-soul-tape-2.zip?Expires=1398128683&Signature=A2Uv0dZmd9tppv8-kJu8w-0b2zWGOYe45v0VtagloEwD1~gTj~kzESnzCxUV5Fexi6y7QAvFJfHdStKY0w0aw1gGrVVdHp(eWZzpAvWvtJeMFx6wCzCFOTDVuObP3TQkuLpbkpwt8puvDnG-sL5uvUdcgyU3tDO05e1THY_&Key-Pair-Id=APKAIKAIRXBA2H7FXITA)

01. Transformation (JavaScript:void(0);)

02. For The Love [prod. Streetrunner] (JavaScript:void(0);)

03. BITE [prod. Teddy Da Don] (JavaScript:void(0);)

04. We Get High [prod. C Sick] (JavaScript:void(0);)

05. Diamonds [prod. Mally The Martian Hype] (JavaScript:void(0);)

06. Guess Whos Bizzack (ft. Broadway) [prod. Mally The Martian] (JavaScript:void(0);)

07. Louis Vuitton (ft. J. Cole) (JavaScript:void(0);)

08. Life Is So Exciting (ft. Pusha T) [prod. The Arsenals and Sarah J] (JavaScript:void(0)

09. Only Life I Know (ft. Troy Ave) [prod. John Scino] (JavaScript:void(0);)

10. Diced Pineapples (ft. Trey Songz and Cassie) [prod. Cardiak] (JavaScript:void(0);)

11. Beauty (ft. Wale) [prod. AraabMuzik] (JavaScript:void(0);)

12. Want You Back (ft. Joe Budden and Teyana Taylor) [prod. Sonero] (JavaScript:void



Stream all our new features on ⊞ DJBooth Radio

LISTEN NOW

(/index/playlists/new-songs)

## Featured Songs From This Album

### Fabolous - B.I.T.E.
### (/index/tracks/review/fabolous-bite)
(http //www youtube com/)

Sometimes while I'm getting ready for work my girl starts nagging me It is in these moments where I have to just say

# Download Mixtape
The Soul Tape 2





*A Soul series Free mixtape*

*Exhibit h(B)*

**home**   mixtapes   **videos**   **singles**   **news**   **community**



**YOUNG DRO** *Purple Label*   **CLICK HERE**

olous

New mixtape from Fabolous the 2nd instalment into his "Soul Tape" series. Features include J.Cole, Wale, Pusha T, Troy Ave, Trey Songz, Cassie, Broadway, Joe Budden, Broadway & Teyana Taylor. Happy Thanksgiving!

**DOWNLOAD**  **LISTEN**

2,202,078 views

558,134 streams

**925,883** downloads

SERIES
Top Mixtapes of 2012
★★★★★
(1,047 ratings)

search mixtapes

DatPiff   Like   991,633

Welcome Guest
Username   Password

Register Now | Forgot Password

prev    next image

DJ: N/A                        Added: 11/22/2012 by OfficialFab

This mixtape is an official release from **Fabolous**

**DOUBLE PLATINUM!** Ravenous fans downloaded this over **500,000** times!

SPONSORED: Downloading this mixtape does NOT require you to be logged in, nor does it count toward your download limit!



KLASS MONEY   MY WORD IS MY BOND   **CLICK HERE**

◻ DOWNLOAD   LINKS   EMBED   RATE   FAV   REPORT   COMMENT

📀 **Mixtape Tracks**

1. Transformation
2. For The Love (Prod By Streetrunner)
3. B.I.T.E (Prod By Teddy Da Don)
4. We Get High (Prod by C Sick)
5. Diamonds (Prod By Mally The Martian Hype)
6. Guess Whos Bizzack Feat Broadway (Prod By Mally The Martian)
7. Louis Vuitton Feat J.Cole
8. Life Is So Exciting Feat Pusha T (Prod By The Arsenals / Sarah J)
9. Only Life I Know Feat Troy Ave (Prod By John Scino)
10. Diced Pineapples Feat Trey Songz / Cassie (Prod By Cardiak)
11. Beauty Feat Wale (Prod By AraabMuzik)
12. Want You Back Feat Joe Budden / Teyana Taylor (Prod By Sonaro)



**Hot This Week**


★★★★★


★★★★★



fabolous soul tape 2 - Best Buy

4/20/14 8:54

All Items (1)    Best Buy Items (1)    Marketplace Seller Items (0)

Check Stock in
Stores Near Me

Artist:          SKU: 22378656
Format: CD   Genre: Pop   Release Date: 3/5/2013
Customer Reviews:

$23.99

Current Offers

Brand

**Ads by Google**

Price

Discover and Explore on Ask.com!

Best Price Guaranteed. Order Now!

Condition

Save on Fabulous 2.

American Dj 2" Wide Stage **Tape** 60 Gaffer, Duve & Specialty Tapes

Huge selection of **Fabolous**
Mixtape. Free Shipping
available. Buy Now!

Find **Tape 2** Fast! Get
Results from Multiple
Engines!

TRUSTe

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2014 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.

 cd Universe

MUSIC   MOVIES   GAMES

Search Everything

  McAfee SECURE
TESTED DAILY

 michael buble
**Coming Soon!**
4/23/13   order now

Browse

- Alternative
- Blues
- Box Sets
- Classical
- Country
- Dance
- Heavy Metal
- International
- Jazz
- Latin
- Live Performance
- Oldies
- R & B
- Rap/Hip Hop
- Rock/Pop
- Soundtrack

- Vinyl Records
- Accessories
- Audiobooks
- Bobbleheads
- DVD Audio
- Enhanced CD
- Super Audio CD
- Calendars
- Clothing & T-Shirts
- Bargain Bin
- Top Music Charts
- Most Requested Lyrics

- Action/Adventure
- Comedy
- Drama
- Horror
- Music Videos
- TV on DVD

- PlayStation 3
- Nintendo Wii
- XBox 360
- Nintendo DS
- Sony PSP
- PC Games
- Accessories

 SEE PHOTOS

## Fabolous - Soul Tape, Vol. 2
## Audio CD

More by Fabolous

 Buy CD Album

**Our Price: $19.09** PCD

For Sale Backordered since 3/5/2013



Large Front

▶ **Soul Tape, Vol. 2 songs Product Information**

Category R&B Albums, Rap CDs, Heavy Metal

▶ **Soul Tape, Vol. 2 album Product Description**

Soul Tape, Vol. 2 album by Fabolous was released Mar 05, 2013 on the BE Music Group label. Soul Tape, Vol. 2 CD music contains a single disc with 12 songs.

▶ **Fabolous - Soul Tape, Vol. 2 Album Track Listing**

| | | |
|---|---|---|
| 1 | Transformation | |
| 2 | For the Love | |
| 3 | B.I.T.E. | |

Additional Track Information Soul Tape, Vol. 2 album

| 4 | We Get High (St. Elmo's Fire) | | | |
| 5 | Diamonds See All 10 Lyrics | 4:17 | $1.29 | [Available] |
| 6 | Guess Whos Bizzack | | | |

Additional Track Information Soul Tape, Vol. 2 CD music

| 7 | Louis Vuitton |
| 8 | Life Is So Exciting |
| 9 | Only Life I Know |

Additional Track Information Soul Tape, Vol. 2 music CDs

| 10 | Diced Pineapples |
| 11 | Beauty |
| 12 | Want You Back |

Additional Track Information Soul Tape, Vol. 2 songs

▶ **Soul Tape, Vol. 2 music CDs Customer Reviews**

Have you heard this album?    Write a Review

▶ **Soul Tape, Vol. 2 songs Product Details**

CD Universe Part number: **8891833**
Label               BE Music Group
Orig Year           2013
Catalog number      1099267
Discs               1
Release Date        Mar 05, 2013
Personnel           Trey Songz, Wale, Pusha T, J. Cole, Cassie, Joe Budden, Broadway, Teyana
                    Taylor, Troy Ave

▶ **Soul Tape, Vol. 2 album Other Ideas**

Dokken
**One Live Night CD** (1995) ★★★★

### Related Links

Add to WishList

Share this Product

Like   Be the first of
       your friends to
       like this.

Current Top Sellers

1. Let's Face the Music
   and Dance
   Willie Nelson
2. Jazz at the
   Philharmonic: Seattle
   1956
3. Beat
   Boney James
4. Pioneer
   Band Perry
5. Based on a True
   Story...
   Blake Shelton

New Releases

1. Let's Face the Music
   and Dance
   Willie Nelson
2. Dreamchaser
   Sarah Brightman
3. United World
   Rebellion: Chapter
   One
   Skid Row
4. Infestissumam
   Ghost B C
5. Ugly Noise
   Flotsam and Jetsam
   (UK)

1. To Be Loved
   Michael Buble
2. Very Best of the
   Rolling Stones 1964-
   1971
   Rolling Stones
3. Original Album
   Series
   Doobie Brothers
4. Blue Thunder
   Juicy Lucy
5. Original Album
   Series
   Alice Cooper

Top Future Releases

1. True Believers
   Darius Rucker
2. Only Forever
   Anita Baker
3. Time
   Rod Stewart
4. NOW What?!
   Deep Purple
5. Life on a Rock
   Kenny Chesney



Amazon.com Soul Collection Music



**This item:** Soul Collection ~ Fabolous
~ J. Cole



Page 1 of

**Audio CD** (May 14, 2013)
**Number of Discs:** 1
**Format:**
**Label:** Klia Import
**ASIN:** B00BHEEQ5S
**Average Customer Review:**
**Amazon Best Sellers Rank:** #26,884 in Music

Fabolous - The Soul Tape 2 // Free Mixtape @ DatPiff.com        4/21/13 7:23 /



home    mixtapes    **videos**    **singles**    **news**    **community**



DatPiff Mobile

Now Available for _____ | **Android** | **Windows Phone 7** | **Blackberry Phones** | **Blackberry Playbook** | WebOS Devices

...olous



New mixtape from Fabolous the 2nd installment
into his 'Soul Tape' series. Features include J.Cole,
Wale, Pusha T, Troy Ave, Trey Songz, Cassie,
Broadway, Joe Budden, Broadway & Teyana Taylor
Happy Thanksgiving!

**DOWNLOAD** **LISTEN**

★ **1,856,701** views

487,033 streams

✗ **791,897** downloads

**SERIES**
Top Mixtapes of 2012
★ ★ ★ ★ ★
(986 ratings)

search mixtapes



DatPiff

Like 228,774

avatar     Welcome Guest

Username    Password

Register Now | Forgot Password

prev    next image

DJ: N/A
Added: 11/22/2012 by **OfficialFab**

Like 13k    Tweet    143

This mixtape is an official release from Fabolous

DOUBLE PLATINUM! Ravenous fans downloaded this over 500,000 times!

SPONSORED: Downloading this mixtape does NOT require you to be logged in, nor
does it count toward your download limit!

⬇ DOWNLOAD    LINKS    ⚓ EMBED    RATE    ♥ FAV    ⚑ REPORT    COMMENT



**Make $486 Every Day**
Work from Home &...





SEE HOW

▦ **Mixtape Tracks**

1. Transformation
2. For The Love (Prod By Streetrunner)
3. B.I.T.E (Prod By Teddy Da Don)
4. We Get High (Prod by C Sick)
5. Diamonds (Prod By Maffy The Martian Hype)
6. Guess Whos Bizack Feat Broadway (Prod By Maffy The Martian)
7. Louis Vutton Feat J.Cole
8. Life is So Exciting Feat Pusha T (Prod By The Arsenals / Surah J)
9. Only Life I Know Feat Troy Ave (Prod By John Scino)
10. Diced Pineapples Feat Trey Songz / Cassie (Prod By Cardiak)
11. Beauty Feat Wale (Prod By AraabMuzik)
12. Want You Back Feat Joe Budden / Teyana Taylor (Prod By Schami)

WOOD BRACELETS

**Hot This Week**





# The Clyde Otis Music Group
P.O. Box 325 Englewood, NJ 07631
(845) 425-8198 Fax: (845) 425-3827

March 24, 2014

Def Jam Records
Universal Music Group
Attn: Ian Allen
Email: ian.allen@umusic.com

RE: "Try To Leave Me If You Can" as sampled in *Fabolous* "For the Love" from **The Fabolous Soul Tape 2** (Def Jam, November 22, 2012)

Dear Ian:

It has come to our attention that Mr. Herman Kelley's 1974 *Composition* "Try To Leave Me If You Can" (by artist Bessie Banks) has been sampled in Fabolous' new song "For The Love." *The Clyde Otis Music Group/Argon Records also controls the Master Recording.*

Please see the links below to both the new song and the sampled song.

**New Song:** "For the Love" (John David Jackson p/k/a Fabolous, Nicholas Warwar)
**Samples:** "Try To Leave Me If You Can" (Bessie Banks, Frankie Green, Herman Kelley)
**Sampled Master Recording:** Stax Records/Argon Records
**Artist:** Fabolous
**Release Date:** November 2, 2012
**Album:** *The Fabolous Soul Tape 2*
**Label:** Def Jam
**Track:** #2
**Timing:** 2:57

New Song:
http://www.youtube.com/watch?v=nfQSqsQp2GI

Sampled Song:
http://www.youtube.com/watch?v=AUGDLSDoujQ

*We are requesting a non-recoupable fee for the use of the Master Recording. We are happy to work out something appropriate for both parties.*

**Please review the request and respond as soon as possible.**

Thank you for your assistance, and if you have any questions, please do not hesitate to contact me.

Best Regards,
Deborah Evans

For Isidro Otis
The Clyde Otis Music Group, Inc.
*deborahevans@tcomg.com*
*Tel: 917-517-0357*