USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8 27 14

United States District Court
Southern District Of New York

-------------------------------------------x

Herman Kelley and Bessie Banks

14 CIV 2968 (PAE)

08/27/14

                Plaintiffs,

Amended Complaint
Jury trial requested

   _against

The Universal Music Group,
The Island Def Jam Music Group,
Island Def Jam Records,
Desert Storm Records, Kila Records
and John David Jackson p/k/a Fabolous

                Defendants,

-------------------------------------------x

**Plaintiff** Herman Kelley is doing business at
P.O. Box 08855-1175
Piscataway, New Jersey

**Plaintiff** Bessie Banks is doing business at
185 St Marks Place Apt 9D
Staten Island, N.Y. 10301

**Defendant** The Universal Music Group is doing business at
1755 Broadway New York, N.Y. 10019

**Defendant** The Island Def Jam Music Group/Island Def Jam
Records, is doing business at
1755 Broadway New York, N.Y. 10019

**Defendants** Desert Storm/Kila Records is doing business at
1755 Broadway New York, N.Y. 10019

**Defendant** John Davis Jackson p/k/a Fabolous
is doing business in c/o Island Def Jam Records
1755 Broadway New York, N.Y. 10019

Plaintiffs, for their complaint, allege the following: jurisdiction is based on

U.S.C 1331. and Titles 15 and 17 of the U.S. Code lanham act and Copyright Ad and on the ancillary and pendant jurisdiction of the court.

This action involves two songs titles. Song (1.) "Try To Leave Me If You Can" which was sampled and illegally used within and throughout song (2.) titled "For The Love". Defendant John Davis Jackson pka (Fabolous the rapper) is the recording artist involved in this action. Upon information and belief, The Universal Music Group is the parent company of " Island Def Jam Records or the Island Def Jam Music Group which to plaintiff knowledge umbrellas Desert Storm and Kila /Killa Records, the affiliated companies also involved in wrongfully using plaintiff song "Try To Leave Me If You Can" Note: (Exhibit a.) which shows Def Jam Records and its subsidiary labels Desert Storm an Killa Records as being affiliated record labels. This is again reflected in further exhibits within this complaint. It is also known that the national syndicated radio station "Hot 97" and other stations aired subject song "For The Love" heavily during the period 11-22-2012 until around the beginning of March of 2013.

## First Cause Of Action: Copyright Infringement

1.  In December of 2012 plaintiffs found out that their song "Try To Leave Me If You Can" (herein after referred to as ("Try To Leave Me") was illegally sampled and used within and throughout defendant John Davis Jackson's (hereafter referred to as Fabolous) song titled "For The Love".

2.  Plaintiffs further found out that "For The Love" was included in the Fabolous Soul Tape (2.) Cd, (Exhibit B.) his Soul Collection Cd (Exhibit C.) and his video

performance of "For The Love." (Exhibits D. and d1). Based on plaintiff's research, the song "For The Love was probably commercially released on "The Island Def Jam Record" label or one of its subsidiary labels shortly before it was aired on the above mentioned radio stations, on November 22, 2012. The Soul Collection Cd was released on May 4th 2013.

3. Upon information and belief, defendant Fabulous is currently under exclusive contract with Island Def Jam Records Exhibit (E) and normally, the terms of an exclusive recording contract, would not allow "Fabolous" to record for anyone out side of " Island Def Jam Records" or one of it's affiliated subsidiary labels nor would any recorded label out side of "The Universal Music Group" have the liberty to release any product pertaining to Fabolous, without Universals permission.

4. Upon information and belief, none of the subject defendants attempted to get a mechanical license clearance from the writer's or the writer's publisher (The Clyde Otis Music Group/Iza Music Inc.) to use "Try To Leave Me" within the song "For The Love."

5. This legal procedure is clearly explained by Peter S. Shukat, the founder and partner of the New York based entertainment law firm Shukat Arrow Hafer Weber & Herbsman, L.L.P. who personally oversees the business affairs and estates of John Lennon, Bob Moly, Barry White, Miles Davis as well as many of todays contemporary celebrities. Peter Shukats YouTube presentation can be obtained by Googling, "Peter Shukat Sampling licenses".

6. Note: § Sampling is a form of copying someone else's music (sound recording and underlying composition)

§ You will be required to pay a fee and/or royalties and credit (mention) the original writers/ copyright owner from which the sample is taken as a condition of any license.

§ Sampling will infringe copyright in the music and/or the sound recording, if a 'substantial part' of the original is used without permission. Sample considered 'substantial' by reference to quality rather than length.

Westbound Records and Bridgeport Music v No Limit Films (2004)

the case centered on the song 100 Miles and Runnin, which samples a three-note guitar riff from Get Off Your Ass and Jam by George Clinton and Funkadelic. The song was included in the 1998 movie I Got the Hook Up by No Limit Films In the two-second sample, the guitar pitch has been lowered, and the copied piece was "looped" and extended to 16 beats. The sample appears five times in the new song.

A US federal appeals court ruled that recording artists should licence every musical sample included in their work even minor, edited, unrecognizable snippets of music. The court posed the question "If you cannot pirate the whole sound recording, can you 'lift' or 'sample' something less than the whole?" The Court's answer to this was NO; and the court added "Get a license or do not sample - we do not see this as stifling creativity in any significant way."-

7.   As mentioned above, the song "For The Love" was (a) included in the CD title "Fabolous Soul Tape 2, (b) Was included in the Fabolous CD title "Soul Collection" and (c) included in a video featuring Fabolous performing "For The Love". (One can access this video on YouTube to view)

8.   As a result of this wrongful act, plaintiff Herman Kelley and Bessie Banks as songwriters of "Try To Leave Me" have suffered from being denied Mechanical royalties, Performance royalties, Digital Download royalties, Ringtone royalties writer name credibility and multiple unspecified sauces of income derived from the exploitation of their song "Try To Leave Me." Plaintiff Herman Kelley as co-

producer of "Try to Leave Me" has then to been deprived of Producer credits due to defendants not obtaining a license for the use of the master they sample from. These wrongful acts by the defendants have injured plaintiffs financially in the past and continues to date, to cause them monitorial lost, emotional anxiety and stress.

9. **Mechanical Royalties:** In general, Mechanical Royalties are those royalties derived from actual CD sells from street stores, download sells from various Internet sights like iTunes, Cd Universe, Best Buy, Amazon and other venues. **Performance Royalties:** In general Performance Royalties are royalties derived from radio stations that play music, Internet websites, Restraints, Nightclubs, Airplanes, Television, Motion pictures and other sauces of performance outlets that obtain license from BMI or ASCAP to play music to the public.

10. Upon information provided by friends and music business associates. The national syndicated radio stations WBLS 107.5 and Power 105.1 played "For The Love" heavily during the period 11-22-2012 until around the beginning March 2013. The Video "For The Love" has also been playing on YouTube since around January 2013 to date. Since the song was not license or registered with B.M.I., the writers preforming rights agency, they were again deprived of world wide residuals that would have been payable to them from radio and YouTube/Google via their performing rights organization.

11. Upon information and believe. Defendants Island Def Jam Records, defendant Fabolous and all other Universal related entities, wrongfully and willfully failed to register "Try To Leave Me" as would normally be done, consequently; this

negligence caused by defendants has and still continues to depriving plaintiffs of worldwide mechanical and performance royalties along with writer recognition credits for their "Sampled" contribution used within subject song "For The Love".

12. Both Plaintiffs are writers of subject song, "Try To Leave Me." and are a party to the copyright registration as writers of "Try To Leave Me". This is validated by Exhibit (F), the copyright registration, Exhibit (G) a Xerox copy of the original physical 45rpm recording, Exhibit (L) an added exhibit, the "Popular Songwriter Renewal Contract" of "Try To Leave Me". Note: Schedule (A) which list all writers. Plaintiffs as writers of the music and lyrics also formatted the musical arrangement, structured the background arrangement, and performed the background parts with their co-writer Frank Green (whose whereabouts are unknown) during the recording production process of "Try To Leave Me" in 1974.



### Second Cause Of Action: Violation Of Plaintiff Poetic License

13. Upon information and belief defendants are also in violation of Plaintiff Poetic License rights.

14. Apparently, defendants wrongfully and willfully acted as though they were the writers of plaintiffs' song by extracting a specific section of it (sample) from the original master and in doing so, made unauthorized alterations that speeded up the tempo, distorted and damaged the musical and vocal characteristics of plaintiffs' song.

15. Upon information and belief, it is only the plaintiff, his co-writers, or the writer's publisher that maintain exclusive right under the rule of poetic license to make creative changes in their copyrighted work. Allegedly contemporary artist like fabulous along with their Records labels take advantage of veteran writers and or their publisher, assuming they have decease or have withdrawn from the industry and wrongfully and willfully use their copyrighted work for there on financial gain. It is alleged by plaintiff that this was the Consciousness defendants acted upon in violating plaintiff common law poetic license rights.

## Third Cause Of Action: Fraudulent Deceit and Conspiring To Swindle

16. According to contrary listings posted on multiple websites whereas some websites posted subject CDs' as a free download, other sites posted subject CDs were for sell. Note: the website listings for free downloads Exhibits (H. h (a) and h (b) and the websites that list subject products for sell Exhibit (I. i (a) and i (b). It is plaintiff belief that defendants strategy of having free downloads on certain websites and sells of CDs on certain other sites, was purposely done to imply that the Fabolous CDs and Video being use were solely for promotional use, however; based on plaintiff findings, it appears that it was an illusive an deceitful plot used to convience and keep plaintiff from Knowing that products involving his song were generating income. At any rate; none of the defendants, its subsidiary entities, administrative departments and or branches of the defendants, had the right to exploit plaintiff song in any way.

17. It is also plaintiff firm belief that Fabolous, in connection with his record label

    Island Def Jam Records and or their affiliated subsidiary entities, have acquired an

    account with Google, YouTube and all other websites that air the video titled "For

    The Love" and offer either sells or free downloads of all the above mentioned

    products that include plaintiff song "Try To Leave Me." Plaintiff further believe

    that it is common practice for websites to pay a fee to famous Rapp celebrities like

    fabulous because they attract business traffic to their websites of which the websites

    capitalize on from clients who advertise their goods and or services from these sites.

18. For instance; the website "Free Music Tapes @ DatPiff.com" posted on 11 /22/ 2012

    that the Fabolous Soul Tape 2. CD Was viewed 1,856,701 times and was

    downloaded 791,897 times from their website which means that the artist fabulous

    attracted 1,856,701 viewers to that site and those 1,856,701 viewers were exposed

    to advertisements listed on the site, on the other hand, plaintiff have been swindled

    and deprived of any income generated from the exploitation of his song altogether.

    Note (Exhibit (J) confirming the amount of views and downloads made.


### Fourth Cause Of Action: Mental Anguish


19. As a result of the wrongs inflected upon plaintiff Herman Kelley he has from

    January of 2013 to date suffered from feelings of distress, anxiety and depression,

    which interferes with his creative ability, hinders his inspiration to write and

    consequently stagnates his income. These harmful inflictions such as (a) deprivation

of writer credits and name recognition (b) deprivation of the opportunity to expand

his repartition as a writer and (c) deprivation of not receiving monitorial

compensation for his contribution to the song "For The Love."

20. These losses are detrimental to both plaintiffs in that they needs every penny earned

from their royalties to supplement their fragile annual retirement income.

21. A legal example is the case of the shop, which failed to deliver the bridal gown in

time for the wedding-mental anguish flows naturally (along with the bride's tears)

from such a breach.

22. To no avail, plaintiff's publisher (The Clyde Otis Music Group/Iza Music Inc.) after

being informed of this infringement, informed plaintiff that they had found out who

defendant fabulous's attorney was and had sent him several emails addressing this

matter in order to prevent litigation, however; to date, his attorney has failed to

respond and appear to be ignoring our efforts to resolve this issue out side of court.

I have personally attempted to contact someone in business affairs at The Island Def

Jam Music Group by phone and by physically going to their location at 1755

Broadway New York, N.Y. 10019 but was unsuccessful in my request to speak with

anyone in business affairs whom I could address my concerns with, and was

disrespectfully turned away at the security desk. Exhibits (K and k (a) are the emails

sent to Fabolous's attorney by the "Clyde Otis Music Group/Iza Music Inc."

(plaintiffs' publisher)

## Additional Exhibits, Exhibit (L)

Exhibit (L) as previously mentioned is the Popular Songwriter Renewal Contract

between Eden Music Publishing Company/Iza Music Inc. (Presently: The Clyde

Otis Music Group) and the Writer/Plaintiffs Herman Kelley and Bessie Banks. This exhibit also validates that Plaintiff Herman Kelley and Bessie Banks are indeed the writers of "Try To Leave Me" and have suffered from the wrongful act of alleged copyright infringement involving subject Defendants.

Exhibit (M) is a letter of support from "The Clyde Otis Music Group/ Iza Music Inc. our publisher and shared interest partner reflecting that they have no objection to Bessie Banks and I as writers independently taking this action, and are willing to help us out in some ways.

### Damages Seeking

1. Plaintiff Herman Kelley and Bessie Banks are seeking the maximum statutory amount of $150,000.00 for *Copyright infringement* which they allege to be a wrongful and willful act that harmed their repartition and credibility acknowledgement as writers which was established as before mentioned by the Popular Songwriter Renewal Contract's Schedule (A) and the listing of the plaintiff's names as writers on the copyright registration and the original 45 Rpm record attached. This act also caused monitorial lost to plaintiffs as stated in paragraphs eight (8) and Nine (9) of this complaint.

2. Plaintiffs are seeking $150,000.00 in damages for alleged violation of their exclusive *Poetic license* rights as stated in paragraph fourteen (14) and fifteen (15) of this complaint.

3. Plaintiffs are seeking $150,000.00 in damages for alleged applied in fact *Fraudulent Deceit* and or *Conspiring To Swindle* as stated in paragraphs sixteen (16) through eighteen (18) of this complaint.

4. Plaintiffs are seeking $ 150,000,00 in damages for the *Mental Anguish* harm caused to them as a result of all the enclosed infraction.

5. Plaintiffs are seeking any such other and further relief as may be just and proper.

I declare under penalty of perjury that the forgoing is true.

*Herman Kelly*

*Bessie Banks*                                    Date 08 / 27 / 14
Plaintiff (pro-se) litigants

Plaintiff Herman Kelley 2014 Exhibits
(The Fabolous Litigation)

1. Exhibit (a) A document showing Desert Storm and Kila Records as umbrella labels of Island Def Jam Records.

2. Exhibit (b) A document showing that "For The Love" was included in the Fabolous Soul Tape (2) CD

3. Exhibit (c) A document showing that "For The Love" was included in the Fabolous Soul Collection CD

4. Exhibit (d) A document showing that "For The Love" was included in the video titled "For The Love" which is presently being aired on YouTube.

5. Exhibit (e) A document from the Island Def Jam records website showing Fabolous, as an Island Def Jam recording artist.

6. Exhibit (f) a copy of the Copyright Registration listing plaintiff as writer

7. Exhibit (g) A copy of the original 45rpm recording of "Try To Leave Me" which the sample used in "For The Love" was taken from.

8. Exhibits (h)- h (a) and h (b) documents listing the "Soul Tape 2. CD As a free download.

9. Exhibits (I)- I (a) and I (b) documents listing the "Soul Tape 2. CD as being for sell.

10. Exhibit (j) A document confirming the amount of views and downloads were made.

11. Exhibit (k) and k (a) Two emails from Isidro validating that the "Clyde Otis Music Group attempted to resolve our concerns with Fabolous' attorney.

12. Exhibit (L) The 3 Pg. Popular Songwriter Renewal Contract

13. Exhibit (M) The letter of support from "The Clyde Otis Music Group/Iza Music Inc.

 *Exhibit a*

The IDJMG is one of four UMG umbrella labels in North America to market the works of primarily mainstream pop, rock, and urban performers — the other three being Interscope-Geffen-A&M, Capitol Music Group and Republic Records. In 2011, L.A. Reid stepped down as head of the company and was replaced by Weiss. On April 1, 2014, it was announced that Island Def Jam will no longer be running following the resigning of CEO Barry Weiss. In a press released released by Universal Music Group, the label will now be reorganizing Def Jam Recordings, Island Records and Motown Records all as separate entities.[7]

# Awards and accolades

According to the 2012 radio airplay analysis of music industry service Mediabase, IDJMG became the number-one Rhythmic label with seven number one songs played on Rhythmic radio stations from Rihanna, Kanye West, Jay-Z, Ne-Yo, and Justin Bieber.[8]

# Labels

## Def Jam Recordings

- Artium Recordings
- Desert Storm Records
- Disturbing Tha Peace
- GOOD Music
- Radio Killa Records
- Roc-A-Fella Records

## Island Records

- Tuff Gong
- 4th & B'way Records

## Mercury Records

- A&M Records UK[9][10]

# References

1. ^ "Ethiopia Habtemariam Named Senior Vice President of Motown Records | Billboard" (http://www.billboard.biz/bbbiz/industry/record-labels/ethiopia-habtemariam-named-senior-vice-president-1005312132.story). Billboard.biz. 2011-08-10. Retrieved 2014-03-22.
2. ^ [1] (http://www.abc12.com/story/15244252/universal-music-group-umg-promotes-ethiopia-habtemariam-to-senior-vice-president-of-motown-records?clienttype=printable)
3. ^ Sisario, Ben (2011-08-10). "A Young Music Executive Takes Over at Motown" (http://mediadecoder.blogs.nytimes.com/2011/08/10/a-young-music-executive-takes-over-at-motown/). *The New York Times*.

*From The Wikipedia Website*     Exhibit B

# The S.O.U.L. Tape 2

From Wikipedia, the free encyclopedia

**The S.O.U.L. Tape 2** is the seventh mixtape by American rapper Fabolous, it was released on November 22, 2012.[1] The mixtape features guest appearances from Broadway, J. Cole, Pusha T, Troy Ave, Trey Songz, Cassie, Wale, Joe Budden and Teyana Taylor.[2]

## Contents

- 1 Background
- 2 Reception
    - 2.1 Critical response
- 3 Track listing
- 4 References

## Background

The mixtape was announced on October 22, 2012.[3] On November 7, 2012, the first song was released in promotion of the mixtape titled "For The Love".[4] On December 12, 2012, the music video for "For The Love" was released.[5] On December 30, 2012, the music video for "Life Is So Exciting" featuring Pusha T was released.[6] On March 3, 2013, the music video was released for "B.I.T.E.".[7] On April 22, 2013, the music video was released for "We Get High".[8] On July 30, 2013, the music video was released for "Guess Who's Bizzack" featuring Broadway.[9]

## Reception

### Critical response

Ron Johnson of AllHipHop gave the mixtape seven and a half stars out of ten, saying "Fab s favorite hook supplier, Lil Mo, is surely missed on songs like Life Is So Exciting"



### The S.O.U.L. Tape 2

**Mixtape by Fabolous**

| | |
|---|---|
| **Released** | November 22, 2012 |
| **Recorded** | 2012 |
| **Genre** | Hip hop |
| **Label** | Desert Storm, Def Jam |
| **Producer** | StreetRunner, Teddy Da Don, C-Sick, Mally The Martian, The Arsenals, Sarah J, John Scino, Cardiak, AraabMuzik, Sonaro, Just Blaze, J.Cole |

**Fabolous chronology**

| | |
|---|---|
| There Is No Competition 3: Death Comes in 3's (2011) | The S.O.U.L. Tape 2 (2012) |

**Professional ratings**

**Review scores**

*From The Ebay Website*    *Exhibit C*

Hi!      or          Daily Deals    Sell    Customer Support                          My eBay

category                                                      All Categories          ▾

Tell us what you think

✱ **The Soul Collection * by Fabolous (CD, May-2013, Kila Records)**



**Refine results:**

| Condition | Show only | Location |
|---|---|---|
| Brand New | Expedited shipping | US Only |
| Like New | Returns accepted | North America |
|  | Free shipping | Worldwide |
|  | Completed listings |  |

**2 available**

**Brand New**
1 from **$12.75**

**Like New**
1 from **$15.00**

**View all listings (2)**

All



**Buying options**

**Product description**

**Reviews & research**

**Accessories & related Items**

Add to wish list      Sell one like this

Set a price alert

     **Brand New**        Buy it now        **$12.75**

     **Like New**        Buy it now        **$15.00**

## Product description

### Album Features

| | |
|---|---|
| UPC: | 803341389762 |
| Artist: | Fabolous |
| Format: | CD |
| Release Year: | 2013 |
| Record Label: | Kila Records |
| Genre: | R&B, Rap |

### Track Listing

✗ 1. For the Love
2. Transformation
3. Pain
4. Wolves in Sheep's Clothing - (featuring Paul Cain)
5. BITE
6. Really Tho
7. We Get High
8. That's Not Love

# Fabolous - For The Love [video] (The Soul Tape 2)

SubscribeSubscribedUnsubscribe3,632

## Subscription preferences

Loading...

 Loading...

Working...
157,990
 705      25
Like
About Share Add to

**Published on Dec 12, 2012**

Fabolous - For The Love [video] (The Soul Tape 2)
For the love music video by Fabolous off the Soul Tape 2 Mixtape

Fabolous - For The Love video
Music video for fabolous For The Love

- **Category**

- **License**

  Standard YouTube License

*Can View from The Youtube website*

*Exhibit E*

Island Def Jam : Def Jam : Artists : Fabolous : News : New Video: Fabolous "B.I.T.E"

**Find Artists:**

- A-Z
- E-L
- L-P
- S-Z

Island Def Jam

**Search Terms:**

SEARCH

- Home
- Artists
- Releases
- News
- On Tour
- VIP

*This document shows that The Artist Fabolous is a Island Def Jam recording artist as it relates to the video "For the love" which includes plaintiff Song "Try To Leave Me If You Can"*

Fabolous

Official Website   My Space   Facebook   Twitter   PIC   SMS   « Back to News
                                                                     Notes Mailing

March 3, 2013
## New Video: Fabolous B.I.T.E

Check out Fabolous' brand new music video for his track, "B.I.T.E" off his latest mixtape, The S.O.U.L Tape 2.

Click Here to download Fabolous' "Ready" Ft. Chris Brown Available on iTunes now!

Views: 1438                                    SHARE

COMMENTS ( 0 )

Previous | Comments Page: 1 of 1 | Next

YOUR

Exhibit F 2nd F 1

# Certificate

**FORM E**

## Registration of a Claim to Copyright

| | REGISTRATION NO. | CLASS |
|---|---|---|
| DO NOT WRITE HERE | E u 513738 | E |

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America

002924

**1. Copyright Claimant(s) and Address(es):**

Name ..THE NEW YORK TIMES MUSIC CORPORATION & EDEN MUSIC CORP....
c/o THE NEW YORK TIMES MUSIC CORPORATION
Address ...655 Madison Avenue, New York, N.Y. 10021................

Name .................................................................

Address ..............................................................

**2. Title:** .....TRY TO LEAVE IF YOU CAN..........................
(Title of the musical composition)

.........................................................................

**3. Authors:**

Name ..KELLY, HERMAN......................... Citizenship: U.S.A. _X_ Other ............
(Legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)
c/o The New York Times
Domiciled in U.S.A. Yes _X_ No ____ Address ....Music Corporation.... Author of **words & music**
(State which: words, music, arrangement, etc.)

Name ..BANKS, BESSIE......................... Citizenship: U.S.A. _X_ Other ............
(Legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)
c/o The New York Times
Domiciled in U.S.A. Yes _X_ No ____ Address ....Music Corporation.... Author of **words & music**
(State which: words, music, arrangement, etc.)

Name ..GREEN, FRANK......................... Citizenship: U.S.A. _X_ Other ............
(Legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)
c/o The New York Times
Domiciled in U.S.A. Yes _X_ No ____ Address ....Music Corporation.... Author of **words & music**
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

.........................................................................
(Month) (Day) (Year)

**(b) Place of Publication:**

.........................................................................
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration ................. Registration number ............
Was work previously published? Yes ..... No ..... Date of publication ................. Registration number ............
Is there any substantial NEW MATTER in this version? Yes ..... No ..... If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

| EXAMINER |
|---|
| *lp* |

*Complete all applicable spaces on next page*

Exhibit E 1

**6. Deposit account:**

The New York Times Music Corporation

**7. Send correspondence to:**

Name Eileen Mohr    Address 655 Madison Avenue, N.Y., N.Y. 10021

**8. Send certificate to:**

(Type or print name and address)

Name THE NEW YORK TIMES MUSIC CORPORATION

Address 655 Madison Avenue
(Number and street)

New York    N.Y.    10021
(City)    (State)    (ZIP code)

## Information concerning copyright in musical compositions

*When to Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration of musical compositions. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How to Secure Copyright in a Published Musical Composition:*

1. *Produce copies with copyright notice*, by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim*, following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1973

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE: 1973—O—497-899    May 1973—500,000    **Page 4**



*A Sponsored Free download*          *Exhibit H.*



(http://www.djbooth.net/index/artists/info/fabolou

**DOWNLOAD** (http://protected.djbooth.net/mixtapes/fabolous-the-soul-tape-2.zip?
Expires=1398128683&Signature=A2LJv0dZmd9tppv8-k.JuBw-
Ob2zWGOYe45v0VtagloEwD1~gTj~kzESnzCxUV5Fexi6y7QAvF.JfHdStKY0w0aw1gGrVVdHp6lYK-
eWZzpAvWvt.JaMFx6iwCzCFOTDVuObP3TQkuLpbkpwt8puvDnG-
sL5uvUdcgyU3tDO05e1THY_&Key-Pair-Id=APKAIKAIRXBA2H7FXITA)

**EMBED**

Rap veteran **Fabolous** returns to the DJBooth, once again on Thanksgiving day, with a follow-
up to last year's *The S.O.U.L. Tape.* On the appropriately-titled new mixtape *The S.O.U.L. Tape
2* the Brooklyn native is joined by guests J. Cole (http://www.djbooth.net/index/artists/info/j -cole).
Joe Budden (http://www.djbooth.net/index/artists/info/joe-budden). Pusha T
(http://www.djbooth.net/index/artists/info/pusha-t). **Teyana Taylor**, **Troy Ave**. Wale
(http://www.djbooth.net/index/artists/info/wale) and more. Previously-featured tracks include the
**StreetRunner**-produced "For The Love (http://www.djbooth.net/index/tracks/review/fabolous-
for-the-love)."

While discussing the new tape. Fab explained "[it's] different from some of the other music that I
normally do or put out through my other releases. We kept the vibe and the music kind of soulful.
sample-influenced. This one, I think I have a little bit more.. "

Fabolous plans to release his sixth studio album. *Loso's Way 2: Rise to Power.* sometime in early
2013.

**Fans can also check out Fabolous's previous albums: Fabolous - Loso's Way
(/index/albums/review/fabolous-losos-way-07290902) | Fabolous - From Nothin' to
Somethin' (/index/albums/review/fabolous-from-nothin-to-somethin-0618071)**

## Stream The Soul Tape 2

**DOWNLOAD** (http://protected.djbooth.net/mixtapes/fabolous-the-soul-tape-2.zip?
Expires=1398128683&Signature=A2LJv0dZmd9tppv8-k.JuBw-
Ob2zWGOYe45v0VtagloEwD1~gTj~kzESnzCxUV5Fexi6y7QAvF.JfHdStKY0w0aw1gGrVVdHp6lYl
eWZzpAvWvt.JaMFx6iwCzCFOTDVuObP3TQkuLpbkpwt8puvDnG-
sL5uvUdcgyU3tDO05e1THY_&Key-Pair-Id=APKAIKAIRXBA2H7FXITA)

**01.** Transformation (JavaScript:void(0);)

**02.** For The Love [prod. Streetrunner] (JavaScript:void(0);)

**03.** BITE [prod. Teddy Da Don] (JavaScript:void(0);)

**04.** We Get High [prod. C Sick] (JavaScript:void(0);)

**05.** Diamonds [prod. Mally The Martian Hype] (JavaScript:void(0);)

**06.** Guess Whos Bizzack (ft. Broadway) [prod. Mally The Martian] (JavaScript:void(0);)

**07.** Louis Vuitton (ft. J. Cole) (JavaScript:void(0);)

**08.** Life Is So Exciting (ft. Pusha T) [prod. The Arsenals and Sarah J] (JavaScript:void(0

**09.** Only Life I Know (ft. Troy Ave) [prod. John Scino] (JavaScript:void(0);)

**10.** Diced Pineapples (ft. Trey Songz and Cassie) [prod. Cardiak] (JavaScript:void(0);)

**11.** Beauty (ft. Wale) [prod. AraabMuzik] (JavaScript:void(0);)

**12.** Want You Back (ft. Joe Budden and Teyana Taylor) [prod. Sonaro] (JavaScript:void

Stream all our new features
on 🎧 DJBooth Radio

LISTEN NOW

(/index/playlists/new-songs)

## Featured Songs From This Album

### Fabolous - B.I.T.E.
(http://www.youtube.com/#blahalh3q7w7nd9zgp)**(/index/tracks/review/fabolous-bite)**

Sometimes while I'm getting ready for work my girl starts nagging
me. It is in these moments where I have to just say.

file:///C:/Users/H.K.%20Day%20Dream%20Songs/Documents/Fabolous%20-%20The%20Soul%20Tape%202%20%20Download%20&%20Stream%20%20DJBooth.net.webarchive

Page 2 of 5

Exhibit h(a)

# Download Mixtape
The Soul Tape 2



This is a **SPONSORED** mixtape!
This download is on the house.

Upgrade to Datpiff Premium

So Accurate it's Scary!

*A Sponsored Free download*

*Exhibit h(B)*

**home**   ~~mixtapes~~   **videos**   **singles**   **news**   **community**



**olous** *The Soul Tape 2*



prev        next image

New mixtape from Fabolous the 2nd installment into his "Soul Tape" series. Features include J.Cole, Wale, Pusha T, Troy Ave, Trey Songz, Cassie, Broadway, Joe Budden, Broadway & Teyana Taylor. Happy Thanksgiving!

 **DOWNLOAD** **LISTEN**

**2,202,078**
views

**566,174**
streams

**925,883**
downloads

**SERIES**
**Top Mixtapes of 2012**
★★★★★
(1,047 ratings)

**search mixtapes**


**DatPiff**
Like 991,633

**Welcome Guest**
Username    Password

Register Now | Forgot Password

DJ: N/A                     Added: 11/22/2012 by **OfficialFab**

**This mixtape is an official release from Fabolous**

**DOUBLE PLATINUM! Ravenous fans downloaded this over 500,000 times!**

**SPONSORED:** Downloading this mixtape does NOT require you to be logged in, nor does it count toward your download limit!



⬇ DOWNLOAD      LINKS    🔊 EMBED    · RATE    · FAV    📝 REPORT    💬 COMMENT

## 🎵 Mixtape Tracks

1. Transformation
2. For The Love (Prod By Streetrunner)
3. B.I.T.E (Prod By Teddy Da Don)
4. We Get High (Prod by C Sick)
5. Diamonds (Prod By Mally The Martian Hype)
6. Guess Whos Bizzack Feat Broadway (Prod By Mally The Martian)
7. Louis Vuitton Feat J.Cole
8. Life Is So Exciting Feat Pusha T (Prod By The Arsenals / Sarah J)
9. Only Life I Know Feat Troy Ave (Prod By John Scino)
10. Diced Pineapples Feat Trey Songz / Cassie (Prod By Cardiak)
11. Beauty Feat Wale (Prod By AraabMuzik)
12. Want You Back Feat Joe Budden / Teyana Taylor (Prod By Sonaro)

**Hot This Week**


★★★★☆


★★★★☆

*Exhibit I*

All Items (1)    (Best Buy Items (1))    Marketplace Seller Items (0)

Check Stock in stores
Stores Near Me

Artist:        SKU: 22378856

Format: CD    Genre: Pop    Release Date: 3/5/2013

Customer Reviews:

$23.99

Current Offers
(1)
(1)

Brand
(1)

**Ads by Google**

Price
(1)

Discover and Explore on Ask.com!

Best Price Guaranteed. Order Now!

Condition
(*)

Save on **Fabulous** 2.

American Dj 2" Wide Stage **Tape** 60 Gaffer, Duve & Specialty **Tapes**

Huge selection of **Fabolous**
Mixtape. Free Shipping
available. Buy Now!

Find **Tape 2** Fast: Get
Results from Multiple
Engines!

**TRUSTe▸**

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2014 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.

*Exhibit 2(a)*



# cd Universe

**MUSIC**   MOVIES   GAMES

Search **Everything**

View Cart   Your Account   What Unit   Help Center

**McAfee SECURE**
TESTED DAILY   21-APR

**Browse**

- Alternative
- Blues
- Box Sets
- Classical
- Country
- Dance
- Heavy Metal
- International
- Jazz
- Latin
- Live Performance
- Oldies
- R & B
- Rap/Hip Hop
- Rock/Pop
- Soundtrack

*Music Feature, CD Boxx*

- Vinyl Records
- Accessories
- Audiobooks
- Bobbleheads
- DVD Audio
- Enhanced CD
- Super Audio CD
- Calendars
- Clothing & T-Shirts
- Bargain Bin
- Top Music Charts
- Most Requested Lyrics

*Browse Movies*

- Action/Adventure
- Comedy
- Drama
- Horror
- Music Videos
- TV on DVD

*Browse Games*

- PlayStation 3
- Nintendo Wii
- XBOX 360
- Nintendo DS
- Sony PSP
- PC Games
- Accessories



Large Front

# Fabolous - Soul Tape, Vol. 2 Audio CD

More by Fabolous

**Buy CD Album**

**Our Price: $19.09**

**For Sale Backordered since 3/5/2013**

▶ **Soul Tape, Vol. 2 songs Product Information**

**Category** R&B Albums, Rap CDs, Heavy Metal

▶ **Soul Tape, Vol. 2 album Product Description**

Soul Tape, Vol. 2 album by Fabolous was released Mar 05, 2013 on the BE Music Group label. Soul Tape, Vol. 2 CD music contains a single disc with 12 songs.

▶ **Fabolous - Soul Tape, Vol. 2 Album Track Listing**

| # | Songs | Time | Price | Buy MP3 |
|---|-------|------|-------|---------|
| 1 | Transformation | | | |
| 2 | For the Love | | | |
| 3 | B.I.T.E. | | | |

Additional Track Information Soul Tape, Vol. 2 album

| 4 | We Get High (St. Elmo's Fire) | | | |
| 5 | Diamonds See All 10 Lyrics | 4:17 | $1.29 | (Available) |
| 6 | Guess Whos Bizzack | | | |

Additional Track Information Soul Tape, Vol. 2 CD music

| 7 | Louis Vuitton | | | |
| 8 | Life Is So Exciting | | | |
| 9 | Only Life I Know | | | |

Additional Track Information Soul Tape, Vol. 2 music CDs

| 10 | Diced Pineapples | | | |
| 11 | Beauty | | | |
| 12 | Want You Back | | | |

Additional Track Information Soul Tape, Vol. 2 songs

▶ **Soul Tape, Vol. 2 music CDs Customer Reviews**

**Have you heard this album?**

▶ **Soul Tape, Vol. 2 songs Product Details**

**CD Universe Part number** 8891833
**Label**   BE Music Group
**Orig Year**   2013
**Catalog number**   1099267
**Discs**   1
**Release Date**   Mar 05, 2013
**Personnel**   Trey Songz, Wale, Pusha T, J. Cole, Cassie, Joe Budden, Broadway, Teyana Taylor, Troy Ave

▶ **Soul Tape, Vol. 2 album Other Ideas**



Dokken
**One Live Night CD** (1995) ☆☆☆☆☆

## Related Links

Add to WishList

**Share this Product**

Like   Be the first of your friends to like this.

**Current Top Sellers**

1. Let's Face the Music and Dance
Willie Nelson
2. Jazz at the Philharmonic: Seattle 1956
3. Beat
Boney James
4. Pioneer
Band Perry
5. Based on a True Story...
Blake Shelton

**New Releases**

1. Let's Face the Music and Dance
Willie Nelson
2. Dreamchaser
Sarah Brightman
3. United World Rebellion: Chapter One
Skid Row
4. Infestissumam
Ghost B.C.
5. Ugly Noise
Flotsam and Jetsam (UK)

1. To Be Loved
Michael Buble
2. Very Best of the Rolling Stones 1964-1971
Rolling Stones
3. Original Album Series
Doobie Brothers
4. Blue Thunder
Juicy Lucy
5. Original Album Series
Alice Cooper

**Top Future Releases**

1. True Believers
Darius Rucker
2. Only Forever
Anita Baker
3. Time
Rod Stewart
4. NOW What?!
Deep Purple
5. Life on a Rock
Kenny Chesney

SEE PHOTOS



Soul Collection



**This item:** Soul Collection ~ Fabolous          $6.19

~ J. Cole          $14.99

( )          ( )          ( )          ( )

$12.80          $13.00          $11.98          $14.92

$16.84

**Audio CD** (May 14, 2013)
**Number of Discs:** 1
**Format:**
**Label:** Kila Import
**ASIN:** B00BHEEQ5S
**Average Customer Review:**          ( )
**Amazon Best Sellers Rank:** #26,884 in Music (See Top 100 in Music)

Fabolous - The Soul Tape 2 // Free Mixtape @ DatPiff.com                                    4/21/13 7:23 AM



home          videos     singles     news     community



DatPiff Mobile

Now Available for _____ | **Android** | **Windows Phone 7** | **Blackberry Phones** | **Blackberry Playbook** | **WebOS Devices**

**olous**



prev        next image

New mixtape from Fabolous the 2nd installment into his "Soul Tape" series. Features include J.Cole, Wale, Pusha T, Troy Ave, Trey Songz, Cassie, Broadway, Joe Budden, Broadway & Teyana Taylor. Happy Thanksgiving!



**DOWNLOAD**  **LISTEN**

✱ **1,856,701**
views
487,033
streams
✱ **791,897**
downloads
**SERIES**
Top Mixtapes of 2012
★★★★★
(966 ratings)

search mixtapes   

**DatPiff**
Like  828,774

avatar      **Welcome Guest**
Username       Password

**Register Now** | **Forgot Password**

DJ: N/A
Added: 11/22/2012 by **OfficialFab**          Like  13k    Tweet     143

**This mixtape is an official release from Fabolous**

**DOUBLE PLATINUM! Ravenous fans downloaded this over 500,000 times!**

**SPONSORED:** Downloading this mixtape does NOT require you to be logged in, nor does it count toward your download limit!

⬇ DOWNLOAD      LINKS    ⬛ EMBED      RATE     FAV    ⬛ REPORT    ⬛ COMMENT


I Make $486 Every Day Work from Home


I Make $486 Every Day
Work from Home
SEE HOW


WOOD BRACELETS

**Hot This Week**





✉ **Mixtape Tracks**

1. Transformation
2. For The Love (Prod By Streetrunner)
3. B.I.T.E (Prod By Taddy Da Don)
4. We Get High (Prod by C Sick)
5. Diamonds (Prod By Mally The Martian Hype)
6. Guess Whos Bizzack Feat Broadway (Prod By Mally The Martian)
7. Louis Vuitton Feat J.Cole
8. Life Is So Exciting Feat Pusha T (Prod By The Arsenals / Sarah J)
9. Only Life I Know Feat Troy Ave (Prod By John Scino)
10. Diced Pineapples Feat Trey Songz / Cassie (Prod By Cardiak)
11. Beauty Feat Wale (Prod By AraabMuzik)
12. Want You Back Feat Joe Budden / Teyana Taylor (Prod By Sonaro)

# The Clyde Otis Music Group
## P.O. Box 325 Englewood, NJ 07631
## (845) 425-8198 Fax: (845) 425-3827

March 24, 2014

Def Jam Records
Universal Music Group
Attn: Ian Allen
Email: ian.allen@umusic.com

<u>RE: "Try To Leave Me If You Can" as sampled in *Fabolous* "For the Love" from **The Fabolous Soul Tape 2** (Def Jam, November 22, 2012)</u>

Dear Ian:

It has come to our attention that Mr. Herman Kelley's 1974 *Composition* "Try To Leave Me If You Can" (by artist Bessie Banks) has been sampled in Fabolous' new song "For The Love." *The Clyde Otis Music Group/Argon Records also controls the **Master Recording**.*

Please see the links below to both the new song and the sampled song.

**New Song:** "For the Love" (John David Jackson p/k/a Fabolous, Nicholas Warwar)
**Samples:** "Try To Leave Me If You Can" (Bessie Banks, Frankie Green, Herman Kelley)
**Sampled Master Recording:** Stax Records/Argon Records
**Artist:** Fabolous
**Release Date:** November 2, 2012
**Album:** *The Fabolous Soul Tape 2*
**Label:** Def Jam
**Track:** #2
**Timing:** 2:57

New Song:
http://www.youtube.com/watch?v=nfQSqsQp2GI

Sampled Song:
http://www.youtube.com/watch?v=AUGDLSDoujQ

***We are requesting a non-recoupable fee for the use of the Master Recording. We are happy to work out something appropriate for both parties.***

**<u>Please review the request and respond as soon as possible.</u>**

Thank you for your assistance, and if you have any questions, please do not hesitate to contact me.

Best Regards,
Deborah Evans

For Isidro Otis
The Clyde Otis Music Group, Inc.
**<u>deborahevans@tcomg.com</u>**
*Tel: 917-517-0357*



NOTE TO SONGWRITERS: (A) DO NOT SIGN THIS CONTRACT IF IT HAS ANY CHANGES UNLESS YOU HAVE FIRST DISCUSSED SUCH CHANGES WITH AGAC; (B) FOR YOUR PROTECTION PLEASE SEND A FULLY EXECUTED COPY OF THIS CONTRACT TO AGAC.

# POPULAR SONGWRITERS RENEWAL CONTRACT

©Copyright 1978 AGAC

AGREEMENT made this **18th** day of **April**, 19 **94**, between

**Iza Music Corporation**

(hereinafter called "Publisher") and **Herman Kelly**

jointly and/or severally hereinafter collectively called "Writer");

WITNESSETH:

**Compositions** 1. The Writer hereby sells, assigns, transfers and delivers to the Publisher any and all rights and interests whatsoever now or at any time or times hereafter known or in existence which he now possesses or which he may at any time or times hereafter acquire or possess in or to the following described musical compositions:

| Title | Original Publisher | Date of Copyright Registration | Copyright Registration Number |
|---|---|---|---|
| | | | |

All compositions written by Herman Kelly alone or in collaboration with other writers that are subject to renewal copyright laws, now or in the future. Specifically, all songs under the control of The Clyde Otis Music Group, including, but not limited to, all songs listed on Schedule A.

SEE SCHEDULE A

(hereinafter referred to as "the composition"), including the title, words and music thereof and any and all adaptations, arrangements and versions thereof respecting which he is entitled to obtain renewal copyright, for and during the second or renewal period of the United States copyright or for the period of twenty-eight years from the date of expiration of the first original term of the United States copyright, whichever may be shorter, and subject to the terms of this contract.

**Performing Rights Affiliation** 2. In all respects this contract shall be subject to any existing agreements between the parties hereto and the following small performing rights licensing organization with which Writer and Publisher are affiliated:

**(Delete Two)** ———► (ASCAP; BMI, SESAC). Nothing contained herein shall, or shall be deemed to, alter, vary or modify the rights of Writer and Publisher to share in, receive and retain the proceeds distributed to them by such small performing rights licensing organization pursuant to their respective agreement with it.

**Warranty** 3. The Writer, individually and not jointly, warrants and represents that the following are the only co-writers and composers of said composition:

See writer agreements

that he has the right to renew and extend the copyright of the said composition; that he has not bargained, sold, assigned, transferred, hypothecated, pledged or encumbered any of his right, title or interest in or to the renewal copyright in said composition, except as aforesaid in paragraph 2 hereof, but nothing herein contained shall be construed as a warranty or representation by any individual Writer-signatory hereof, as to the rights of any other Writer or composer of said composition, it being understood that the warranties by the Writer are individual and not joint.

**Royalties** 4. In consideration of this contract, the Publisher agrees to pay the Writer as follows:

**(Insert amount of Payment and Advance here)** ———►

(a) (i) $ **1.00** receipt of which is hereby acknowledged; said sum shall constitute an outright payment, shall remain the property of the Writer and shall not be deductible from any payments heretofore or hereafter due the Writer.

(ii) $ **1,000.00** as an advance against royalties, receipt of which is hereby acknowledged, which sum shall remain the property of the Writer and shall be deductible only from payments hereafter becoming due the Writer under this Contract.

**Piano Copies** (b) In respect of regular piano copies sold and paid for in the United States and Canada, the following royalties per copy:

**Sliding Scale**

**(Insert percentage here)** ———►

**.10**....% (in no case, however, less than 10%) of the wholesale selling price of the first 200,000 copies or less; plus

**.12**....% (in no case, however, less than 12%) of the wholesale selling price of copies in excess of 200,000 and not exceeding 500,000; plus

**.15**....% (in no case, however, less than 15%) of the wholesale selling price of copies in excess of 500,000.

**Foreign Royalties** (c) **.50**....% (in no case, however, less than 50%) of all net sums received by the Publisher in respect of regular piano copies, orchestrations, band arrangements, octavos, quartets, arrangements for combinations of voices and/or instruments, and/or other copies of the composition sold in any other country other than the United States and Canada, provided, however, that if the Publisher should sell such copies through, or cause them to be sold by, a subsidiary or affiliate which is actually doing business in a foreign country, then in respect of such sales, the Publisher shall pay to the Writer not less than 5% of the marked retail selling price in respect of each such copy sold and paid for.

**Orchestrations and Other Arrangements, etc.** (d) In respect of each copy sold and paid for in the United States and Canada, or for export from the United States, of orchestrations, band arrangements, octavos, quartets, arrangements for combinations of voices and/or instruments, and/or other copies of the composition (other than regular piano copies) the following royalties on the wholesale selling price (after trade discounts, if any):

**(Insert percentage here)** ———►

**.10**....% (in no case, however, less than 10%) on the first 200,000 copies or less; plus

**.12**....% (in no case, however, less than 12%) on all copies in excess of 200,000 and not exceeding 500,000; plus

**.15**....% (in no case, however, less than 15%) on all copies in excess of 500,000.

**Publisher's Song Book, Folio, etc.** (e) (i) If the composition, or any part thereof, is included in any song book, folio or similar publication issued by the Publisher containing at least four, but not more than twenty-five musical compositions, the royalty to be paid by the Publisher to the Writer shall be an amount determined by dividing 10% of the wholesale selling price (after

**(iii)** In computing the number of the Publisher's copyrighted musical compositions under subdivisions (i) and (ii) hereof, there shall be excluded compositions in the public domain and arrangements thereof and those with respect to which the Publisher does not currently publish and offer for sale regular piano copies.

**(iv)** Royalties on publications containing less than four musical compositions shall be payable at regular piano copy rates.

**Professional Material and Free Copies** (f) As to "professional material" not sold or resold, no royalty shall be payable. Free copies of the lyrics of the composition shall not be distributed except under the following conditions: (i) with the Writer's written consent; or (ii) when printed without music in limited numbers for charitable, religious or governmental purposes, or for similar public purposes, if no profit is derived, directly or indirectly; or (iii) when authorized for printing in a book, magazine or periodical, where such use is incidental to a novel or story (as distinguished from use in a book of lyrics or a lyric magazine or folio), provided that any such use shall bear the Writer's name and the proper copyright notice; or (iv) when distributed solely for the purpose of exploiting the composition, provided, that such exploitation is restricted to the distribution of limited numbers of such copies for the purpose of influencing the sale of the composition, that the distribution is independent of the sale of any other musical compositions, services, goods, wares or merchandise, and that no profit is made, directly or indirectly, in connection therewith.

**Mechanicals, Electrical Transcription, Synchronization, All Other Rights** (g) *(Insert percentage here)* .5.0....% (in no case, however, less than 50%) of: *Rates by law*

All gross receipts of the Publisher in respect of any licenses (including statutory royalties) authorizing the manufacture of parts of instruments serving to mechanically reproduce the composition, or to use the composition in synchronization with sound motion pictures, or to reproduce it upon electrical transcription for broadcasting purposes; and of any and all gross receipts of the Publisher from any other source or right now known or which may hereafter come into existence, except as provided in paragraph 2.

**Licensing Agent's Charges** (h) If the Publisher administers licenses authorizing the manufacture of parts of instruments serving to mechanically reproduce said composition, or the use of said composition in synchronization or in timed relation with sound motion pictures or its reproduction upon electrical transcriptions, or any of them, through an agent, trustee or other administrator acting for a substantial part of the industry and not under the exclusive control of the Publisher (hereinafter sometimes referred to as licensing agent), the Publisher, in determining his receipts, shall be entitled to deduct from gross license fees paid by the Licensees, a sum equal to the charges paid by the Publisher to said licensing agent, provided, however, that in respect to synchronization or timed relation with sound motion pictures, said deduction shall in no event exceed $150.00 or 10% of said gross license fee, whichever is less; in connection with the manufacture of parts of instruments serving to mechanically reproduce said composition, said deductions shall not exceed 5% of said gross license fee; and in connection with electrical transcriptions, said deduction shall not exceed 10% of said gross license fee.

**Block Licenses** (i) The Publisher agrees that the use of the composition will not be included in any bulk or block license heretofore or hereafter granted, and that it will not grant any bulk or block license to include the same, without the written consent of the Writer in each instance, except (i) that the Publisher may grant such licenses with respect to electrical transcription for broadcasting purposes, but in such event, the Publisher shall pay to the Writer that proportion of 50% of the gross amount received by it under each such license as the number of uses of the composition under each such license during each such license period bears to the total number of uses of the Publisher's copyrighted musical compositions under each such license during each such license period; in computing the number of the Publisher's copyrighted musical compositions for this purpose, there shall be excluded musical compositions in the public domain and arrangements thereof and those with respect to which the Publisher does not currently publish and offer for sale regular piano copies; (ii) that the Publisher may appoint agents or representatives in countries outside of the United States and Canada to use and to grant licenses for the use of the composition on the customary royalty fee basis under which the Publisher shall receive not less than 10% of the marked retail selling price in respect of regular piano copies, and 50% of all other revenue; if, in connection with any such bulk or block license, the Publisher shall have received any advance, the Writer shall not be entitled to share therein, but no part of said advance shall be deducted in computing the composition's earnings under said bulk or block license. A bulk or block license shall be deemed to mean any license or agreement, domestic or foreign, whereby rights are granted in respect of two or more musical compositions.

**Television and New Uses** (j) Except to the extent that the Publisher and Writer have heretofore or may hereafter assign to or vest in the small performing rights licensing organization with which Writer and Publisher are affiliated, the said rights or the right to grant licenses therefor, it is agreed that no licenses shall be granted without the written consent, in each instance, of the Writer for the use of the composition by means of television, or by any means, or for any purposes not commercially established, or for which licenses were not granted by the Publisher on musical compositions prior to June 1, 1937.

**Writer's Consent to Licenses** (k) The Publisher shall not, without the written consent of the Writer in each case, give or grant any right or license (i) to use the title of the composition, or (ii) for the exclusive use of the composition in any form or for any purpose, or for any period of time, or for any territory, other than its customary arrangements with foreign publishers, or (iii) to give a dramatic representation of the composition or to dramatize the plot or story thereof, or (iv) for a vocal rendition of the composition in synchronization with sound motion pictures, or (v) for any synchronization use thereof, or (vi) for the use of the composition or a quotation or excerpt therefrom in any article, book, periodical, advertisement or other similar publication. If, however, the Publisher shall give to the Writer written notice by certified mail, return receipt requested, or telegram, specifying the right or license to be given or granted, the name of the licensee and the terms and conditions thereof, including the price or other compensation to be received therefor, then, unless the Writer (or any one or more of them) shall, within five business days after the delivery of such notice to the address of the Writer hereinafter designated, object thereto, the Publisher may grant such right or license in accordance with the said notice without first obtaining the consent of the Writer. Such notice shall be deemed sufficient if sent to the Writer at the address or addresses hereinafter designated or at the address or addresses last furnished to the Publisher in writing by the Writer.

**Trust for Writer** (l) Any portion of the receipts which may become due to the Writer from license fees (in excess of offsets), whether received directly from the licensee or from any licensing agent of the Publisher, shall, if not paid immediately on the receipt thereof by the Publisher, belong to the Writer and shall be held in trust for the Writer until payment is made; the ownership of said trust fund by the Writer shall not be questioned whether the monies are physically segregated or not.

**Writer Participation** (m) The Publisher agrees that it will not issue any license as a result of which it will receive any financial benefit in which the Writer does not participate.

**Writer Credit** (n) On all regular piano copies, orchestrations, band or other arrangements, octavos, quartets, commercial sound recordings and other reproductions of the composition or parts thereof, in whatever form and however produced, Publisher shall include or cause to be included, in addition to the copyright notice, the name of the Writer, and Publisher shall include a similar requirement in every license or authorization issued by it with respect to the composition.

**Power of Attorney** 5. The Writer covenants and agrees to make, execute and deliver any and all further instruments, documents and writings that may be requested by the Publisher for the purpose of perfecting and confirming in the Publisher the rights and interests in the renewal(s) of the copyright(s) in the composition herein granted, and the Writer hereby nominates and appoints the Publisher his true and lawful attorney to make, execute and deliver any and all such instruments, documents and writings in the name of the Writer and to renew and extend the copyright in the composition and to make applications therefor in the name of the Writer, subject to the terms of this contract.

**Exploitation** 6. (a) The Publisher agrees that it shall (i) at all times maintain a stock of regular piano copies of the composition in the form customarily published by it, (ii) include and retain at all times the title of the composition in its catalog of compositions, and (iii) use every reasonable effort and means to exploit and promote the sale of the various uses of the composition. Unless the aggregate amount of any advances (as provided in paragraph 4 (a) (ii) ) and the royalties paid to the Writer within two years from the date hereof, shall equal or exceed the sum of $250.00, the Publisher shall pay to the Writer the difference between said aggregate amount and said sum of $250.00.

**Failure to Exploit** (b) Should the Publisher fail to comply with the provisions of subdivision (a) hereof, the Writer shall be entitled to demand in writing the return of the composition at any time after the expiration of said two-year period, whereupon the Publisher must within one month after the receipt of such notice either comply with the provisions of subdivision (a) hereof, in which event this contract will remain in full force and effect, or upon its failure so to comply, this contract shall terminate and all rights of any and every nature in and to the composition and in and to any and all copyrights and renewal copyrights secured thereon in the United States and throughout the world (subject, however, to the terms of paragraph 7 hereof), shall re-vest in and become the property of the Writer and shall be reassigned to him by the Publisher; the Writer shall not be obligated to return or pay to the Publisher any outright payment, advance or indebtedness as a condition of such reassignment; the said reassignment shall be in accordance with and subject to the provisions of paragraph 8 hereof, and in addition, the Publisher shall pay to the Writer all gross sums which it has theretofore or may thereafter receive in respect of the composition.

**Foreign Percentage**

(d) The percentage of the Writer on monies received from foreign sources shall be computed on the Publisher's net receipts, provided, however, that no deductions shall be made for offsets of monies due from the Publisher to said foreign sources; or for advances made by such foreign sources to the Publisher, unless the Writer shall have received at least 50% of said advances.

**No Foreign Allocations**

(e) In computing the receipts of the Publisher from licenses granted in respect of synchronization with sound motion pictures, or in respect of any world-wide licenses, or in respect of licenses granted by the Publisher for use of the composition in countries other than the United States, no amount shall be deducted for payments or allocations to publishers or licensees in such countries.

**Termination or Expiration of Contract**

8. Upon the termination or expiration of this contract, all rights of any and every nature in and to the composition and in and to any and all copyrights secured thereon in the United States and throughout the world, shall re-vest in and become the property of the Writer, and shall be re-assigned to the Writer by the Publisher free of any and all encumbrances of any nature whatsoever, provided that:

(a) If the Publisher, prior to such termination or expiration, shall have granted a domestic license for the use of the composition, not inconsistent with the terms and provisions of this contract, the re-assignment may be subject to the terms of such license.

(b) Publisher shall assign to the Writer all rights which it may have under any such agreement or license referred to in subdivision (a) in respect of the composition, including, but not limited to, the right to receive all royalties or other monies earned by the composition thereunder after the date of termination or expiration of this contract. Should the Publisher thereafter receive or be credited with any royalties or other monies so earned, it shall pay the same to the Writer.

(c) The Writer shall not be obligated to return or pay to the Publisher any advance or indebtedness as a condition of the re-assignment provided for in this Paragraph 8, and shall be entitled to receive the plates and copies of the composition in the possession of the Publisher.

(d) Publisher shall pay any and all royalties which may have accrued to the Writer prior to such termination or expiration.

(e) The Publisher shall execute any and all documents and do any and all acts or things necessary to effect any and all re-assignments to the Writer herein provided for.

**Negotiations for New or Unspecified Uses**

9. If the Publisher desires to exercise a right in and to the composition now known or which may hereafter become known, but for which no specific provision has been made herein, the Publisher shall give written notice to the Writer thereof. Negotiations respecting all the terms and conditions of any such disposition shall thereupon be entered into between the Publisher and the Writer and no such right shall be exercised until specific agreement has been made.

**Royalty Statements and Payments**

10. The Publisher shall render to the Writer, hereafter, royalty statements accompanied by remittance of the amount due at the times such statements and remittances are customarily rendered by the Publisher, provided, however, that such statements and remittances shall be rendered either semi-annually or quarterly and not more than forty-five days after the end of each such semi-annual or quarterly period, as the case may be. The Writer may at any time, or from time to time, make written request for a detailed royalty statement, and the Publisher shall, within sixty days, comply therewith. Such royalty statements shall set forth in detail the various items, foreign and domestic, for which royalties are payable thereunder and the amounts thereof, including, but not limited to, the number of copies sold and the number of uses made in each royalty category. If a use is made in a publication of the character provided in Paragraph 4, subdivision (e) hereof, there shall be included in said royalty statement the title of said publication, the publisher or issuer thereof, the date of and number of uses, the gross license fee received in connection with each publication, the share thereto of all the writers under contract with the Publisher, and the Writer's share thereof. There shall likewise be included in said statement a description of every other use of the composition, and if by a licensee or licensees their name or names, and if said use is upon a part of an instrument serving to reproduce the composition mechanically, the type of mechanical reproduction, the title of the label thereon, the name or names of the artists performing the same, together with the gross license fees received, and the Writer's share thereof.

**Examination of Books**

11. (a) The Publisher shall from time to time, upon written demand of the Writer or his representative, permit the Writer or his representative to inspect at the place of business of the Publisher, all books, records and documents relating to the composition and all licenses granted, uses had and payments made therefor, such right of inspection to include, but not by way of limitation, the right to examine all original accountings and records relating to uses and payments by manufacturers of commercial sound recordings and music rolls; and the Writer or his representative may appoint an accountant who shall at any time during usual business hours have access to all records of the Publisher relating to the composition for the purpose of verifying royalty statements rendered or which are delinquent under the terms hereof.

(b) The Publisher shall, upon written demand of the Writer or his representative, cause any licensing agent in the United States and Canada to furnish to the Writer or his representative, statements showing in detail all licenses granted, uses had and payments made in connection with the composition, which licenses or permits were granted, or payments were received, by or through said licensing agent, and to permit the Writer or his representative to inspect at the place of business of such licensing agent, all books, records and documents of such licensing agent, relating thereto. Any and all agreements made by the Publisher with any licensing agent shall provide that any such licensing agent will comply with the terms and provisions hereof. In the event that the Publisher shall instruct such licensing agent to furnish to the Writer or his representative statements as provided for herein, and to permit the inspection of the books, records and documents as herein provided, then if such licensing agent should refuse to comply with the said instructions, or any of them, the Publisher agrees to institute and prosecute diligently and in good faith such action or proceedings as may be necessary to compel compliance with the said instructions.

(c) With respect to foreign licensing agents, the Publisher shall make available the books or records of said licensing agents in countries outside of the United States and Canada to the extent such books or records are available to the Publisher, except that the Publisher may in lieu thereof make available any accountants' reports and audits which the Publisher is able to obtain.

(d) If as a result of any examination of books, records or documents pursuant to Paragraphs 11(a), 11(b) or 11(c) hereof, it is determined that, with respect to any royalty statement rendered by or on behalf of the Publisher to the Writer, the Writer is owed a sum equal to or greater than five percent of the sum shown on that royalty statement as being due to the Writer, then the Publisher shall pay to the Writer the entire cost of such examination, not to exceed 50% of the amount shown to be due the Writer.

(e) (i) In the event the Publisher administers its own licenses for the manufacture of parts of instruments serving to mechanically reproduce the composition rather than employing a licensing agent for that purpose, the Publisher shall include in each license agreement a provision permitting the Publisher, the Writer or their respective representatives to inspect, at the place of business of such licensee, all books, records and documents of such licensee relating to such license. Within 30 days after written demand by the Writer, the Publisher shall commence to inspect such licensee's books, records and documents and shall furnish a written report of such inspection to the Writer within 90 days following such demand. If the Publisher fails, after written demand by the Writer, to so inspect the licensee's books, records and documents, or fails to furnish such report, the Writer or his representative may inspect such licensee's books, records and documents at his own expense.

(ii) In the further event that the Publisher and the licensee referred to in subdivision (i) above are subsidiaries or affiliates of the same entity or one is a subsidiary or affiliate of the other, then, unless the Publisher employs a licensing agent to administer the licenses referred to in subdivision (i) above, the Writer shall have the right to make the inspection referred to in subdivision (i) above without the necessity of making written demand on the Publisher as provided in subdivision (i) above.

(iii) If as a result of any inspection by the Writer pursuant to subdivisions (i) and (ii) of this subparagraph (e) the

settlement, then such settlement shall not be made if the party objecting assumes the prosecution of the action and all expenses thereof, except that any sums thereafter recovered shall be divided equally between the Publisher and the Writer after the deduction of the reasonable expenses thereof.

**Infringement Claims** 16. (a) If a claim is presented against the Publisher alleging that the composition is an infringement upon some other work or a violation of any other right of another, and because thereof the Publisher is jeopardized, it shall forthwith serve a written notice upon the Writer setting forth the full details of such claim. The pendency of said claim shall not relieve the Publisher of the obligation to make payment of the royalties to the Writer hereunder, unless the Publisher shall deposit said royalties as and when they would otherwise be payable, in an account in the joint names of the Publisher and the Writer in a bank or trust company in New York, New York, if the Writer on the date of execution of this contract resides East of the Mississippi River, or in Los Angeles, California, if the Writer on the date of execution of this contract resides West of the Mississippi River. If no suit be filed within nine months after said written notice from the Publisher to the Writer, all monies deposited in said joint account shall be paid over to the Writer plus any interest which may have been earned thereon.

(b) Should an action be instituted against the Publisher claiming that the composition is an infringement upon some other work or a violation of any other right of another, the Publisher shall forthwith serve written notice upon the Writer containing the full details of such claim. Notwithstanding the commencement of such action, the Publisher shall continue to pay the royalties hereunder to the Writer unless it shall, from and after the date of the service of the summons, deposit said royalties as and when they would otherwise be payable, in an account in the joint names of the Publisher and the Writer in a bank or trust company in New York, New York, if the Writer on the date of execution of this contract resides East of the Mississippi River, or in Los Angeles, California, if the Writer on the date of execution of this contract resides West of the Mississippi River. If the said suit shall be finally adjudicated in favor of the Publisher or shall be settled, there shall be released and paid to the Writer all of such sums held in escrow less any amount paid out of the Writer's share with the Writer's written consent in settlement of said action. Should the said suit finally result adversely to the Publisher, the said amount on deposit shall be released to the Publisher to the extent of any expense or damage it incurs and the balance shall be paid over to the Writer.

(c) In any of the foregoing events, however, the Writer shall be entitled to payment of said royalties or the money so deposited at and after such time as he files with the Publisher a surety company bond, or a bond in other form acceptable to the Publisher, in the sum of such payments to secure the return thereof to the extent that the Publisher may be entitled to such return. The foregoing payments or deposits or the filing of a bond shall be without prejudice to the rights of the Publisher or Writer in the premises.

**Arbitration** 17. Any and all differences, disputes or controversies arising out of or in connection with this contract shall be submitted to arbitration before a sole arbitrator under the then prevailing rules of the American Arbitration Association. The location of the arbitration shall be New York, New York, if the Writer on the date of execution of this contract resides East of the Mississippi River, or Los Angeles, California, if the Writer on the date of execution of this contract resides West of the Mississippi River. The parties hereby individually and jointly agree to abide by and perform any award rendered in such arbitration. Judgment upon any such award rendered may be entered in any court having jurisdiction thereof.

**Assignment** 18. Except to the extent herein otherwise expressly provided, the Publisher shall not sell, transfer, assign, convey, encumber or otherwise dispose of the composition or the copyright or copyrights secured thereon without the prior written consent of the Writer. The Writer has been induced to enter into this contract in reliance upon the value to him of the personal service and ability of the Publisher in the exploitation of the composition, and by reason thereof it is the intention of the parties and the essence of the relationship between them that the rights herein granted to the Publisher shall remain with the Publisher and that the same shall not pass to any other person, including, without limitations, successors to or receivers or trustees of the property of the Publisher, either by act or deed of the Publisher by operation of law, and in the event of the voluntary or involuntary bankruptcy of the Publisher, this contract shall terminate, provided, however, that the composition may be included by the Publisher in a bona fide voluntary sale of its music business or its entire catalog of musical compositions, or in a merger or consolidation of the Publisher with another corporation, in which event the Publisher shall immediately give written notice thereof to the Writer; and provided further that the composition and the copyright therein may be assigned by the Publisher to a subsidiary or affiliated company generally engaged in the music publishing business. If the Publisher is an individual, the composition may pass to a legatee or distributes as part of the inheritance of the Publisher's music business and entire catalog of musical compositions. Any such transfer or assignment shall, however, be conditioned upon the execution and delivery by the transferee or assignee to the Writer of an agreement to be bound by and to perform all of the terms and conditions of this contract to be performed on the part of the Publisher.

**Subsidiary Defined** 19. A subsidiary, affiliate, or any person, firm or corporation controlled by the Publisher or by such subsidiary or affiliate, as used in this contract, shall be deemed to include any person, firm or corporation, under common control with, or the majority of whose stock or capital contribution is owned or controlled by the Publisher or by any of its officers, directors, partners or associates, or whose policies and actions are subject to domination or control by the Publisher or any of its officers, directors, partners or associates.

**Amounts** 20. The amounts and percentages specified in this contract shall be deemed to be the amounts and percentages agreed upon by the parties hereto, unless other amounts or percentages are inserted in the blank spaces provided therefor.

**Modifications** 21. This contract is binding upon and shall enure to the benefit of the parties hereto and their respective successors in interest (as hereinbefore limited). If the Writer (one or more of them) shall not be living, any notices may be given to, or consents given by, his or their successors in interest. No change or modification of this contract shall be effective unless reduced to writing and signed by the parties hereto.

The words in this contract shall be so construed that the singular shall include the plural and the plural shall include the singular where the context so requires and the masculine shall include the feminine and the feminine shall include the masculine where the context so requires.

**Paragraph Headings** 22. The paragraph headings are inserted only as a matter of convenience and for reference, and in no way define, limit or describe the scope or intent of this contract nor in any way affect this contract.

**Special Provisions** 23.

> Paragraph 4(k) shall be omitted. Publisher agrees to annually inform writer of all licenses issued during the year.

**Writers Respective Shares** 24. Whenever the term "Writer" is used herein (except as provided in Paragraph 3 hereof), it shall be deemed to mean all of the persons executing this agreement below, (the same being the authors and composers of said compositions or their respective lawful successors), and any and all royalties herein provided to be paid to the Writer shall be paid jointly to the following persons executing this agreement if there be more than one, and shall be divided among them as follows:

Name and Soc. Sec. #      Address

---

**Default in Payment or Prevention of Examination** 12. If the Publisher shall fail or refuse, within sixty days after written demand, to furnish or cause to be furnished, such statements, books, records or documents, as provided for in Paragraphs 10 and 11 hereof, or within thirty days after written demand, to make the payment of any royalties due under this contract, then the Writer shall be entitled, upon ten-day period serve upon the Writer a written notice demanding arbitration; and

(a) Within the said ten-day period serve upon the Writer a written notice demanding arbitration; and

(b) Submit to arbitration its claim that it has complied with its obligation to furnish statements, books, records or documents, or permitted inspection thereof or to pay royalties, as the case may be, or both, and thereafter comply with any award of the arbitrator within thirty days after such award or within such time as the arbitrator may specify;

shall fail to comply with the foregoing provisions, this contract shall be deemed to have been terminated as of the date of the Writer's written notice of termination.

**Derivative Works** No derivative work prepared under authority of Publisher during the term of this contract may be utilized by Publisher or any other party after termination or expiration of this contract.

**Suits for Infringement** 15. Any legal action brought by the Publisher against any alleged infringer of the composition shall be initiated and prosecuted at its sole cost and expense, but if the Publisher should fail, within thirty days after written demand, to institute such action, the Writer shall be entitled to institute such suit as his cost and expense. All sums recovered as a result of any such action shall, after the deduction of the reasonable expense thereof, be divided equally between the Publisher and the Writer. No settlement of any such action may be made by either party without first notifying the other; in the event that either party should object to such

13. All written demands and notices provided for herein shall be sent by certified mail, return receipt requested.

Writer recovers additional monies from the licensee, the Publisher and the Writer shall share equally in the cost of such inspection.

## Schedule A

| Song Title | Writers |
|---|---|
| A Change EU 10788 1-16-67 | |
| A Hell Of A Child 12-2-70 EU 22-1790 | Herman Kelly, Clyde Otis & Belford Hendricks |
| Ain't No Easy Way | Herman Kelly & Clyde Otis |
| Baby You Sure Know How | Herman Kelly & Bessie Banks |
| Big Daddy | Herman Kelly & Clyde Otis |
| Brown Sugar | Clyde Otis & Herman Kelly |
| Can't Nobody In This | Herman Kelly & Clyde Otis |
| Did I Cry | Herman Kelly & Dorian Burton |
| Doctor Love's Treatment | Herman Kelly & Bessie Banks |
| Don't Let Hurt Get The | Herman Kelly |
| Don't Take It Out On Me | Herman Kelly & Bessie Banks |
| Don't You Worry Baby | Clyde Otis & Herman Kelly |
| Everytime He Thinks Of Mary | Herman Kelly & Dorian Burton |
| Farewell Party For Henry | Ron Alston, Herman Kelly & Dorian Burton |
| Fresh As A Daisy | Herman Kelly & Clyde Otis |
| Funny How | Herman Kelly & Clyde Otis |
| Get Up Off Of Your Butt | Herman Kelly & Bessie Banks |
| Gettin' By Just Ain't Enough | Herman Kelly & James Phillips |
| Glow Love | Clyde Otis & Herman Kelly |
| Half Will Just Have To Do | Herman Kelly & Ron Alston |
| He Left The Scene Of A Big | Dorian Burton & Herman Kelly |
| Heaven Is Where You Find It | Herman Kelly, Clyde Otis & Bessie Banks |
| Hit Man | Herman Kelly & Bessie Banks |
| How Can I Make A Getaway | Herman Kelly & Bessie Banks |
| I Can't Climb Out | Dorian Burton & Herman Kelly |
| I Can't Put Up (With The | Herman Kelly & Clyde Otis |
| I Can't Stop Lovin' You Either | Herman Kelly & Clyde Otis |
| I Cry Like A Baby | Herman Kelly |
| I Don't Want Nobody | Herman Kelly & Clyde Otis |
| If You Do It Me | Herman Kelly & Bessie Banks |
| I'm Crazy 'Bout You Baby | Herman Kelly & Dorian Burton |
| I'm Gonna Put My Heart In | Herman Kelly & Clyde Otis |
| I'm So Much Better Off | Clyde Otis & Herman Kelly |
| Just Like That | Herman Kelly, Belford Hendricks & Clyde Otis |
| Let Me In Your World | Herman Kelly & Clyde Otis |
| Let's Get Together | Herman Kelly & Bessie Banks |
| My Baby Can Get Just As Funky | Herman Kelly & Clyde Otis |
| Now You Wanna Make A Comeback | Herman Kelly & Bessie Banks |
| Oh Wouldn't That Be Something | Herman Kelly & Clyde Otis |
| Paper Love-Cardboard Heart | Clyde Otis & Herman Kelly |
| Playin' Games | Herman Kelly & Dorian Burton |
| Pop That Thang | Herman Kelly & Clyde Otis |
| Soul Sister | Herman Kelly & Clyde Otis |
| Sunshine | Clyde Otis & Herman Kelly |
| Sweet Lovely Thing | Clyde Otis, Herman Kelly & Dorian Burton |
| That's What It's All About | Herman Kelly & Clyde Otis |
| The Last Exit | Herman Kelly & Clyde Otis |
| The Loneliest Heartbreakinest | Dorian Burton, Herman Kelly & Clyde Otis |
| The Winds Of Change EU 22-1787 | Clyde Otis & Herman Kelly |
| The World's Greatest Lover | Herman Kelly, Clyde Otis & David Parker |
| Thru A Crack In The Blind | Herman Kelly & Bessie Banks |
| Treat Me Like You Treat | Herman Kelly & Clyde Otis |
| Try To Leave Me If You Can | Charles Green, Herman Kelly & Bessie Banks |
| Two Halves | Herman Kelly & Clyde Otis |
| We Need What We Need | Herman Kelly & Clyde Otis |
| What It Is | Herman Kelly |
| Whats In It For Me? | Clyde Otis, Dorian Burton & Herman Kelly |
| You Don't Have To Worry | Dorian Burton & Herman Kelly |
| You Were Puttin' On A Front | Herman Kelly & Bessie Banks |
| You'd Better Get It | Clyde Otis & Herman Kelly |
| Your Love Is Smokin' | Herman Kelly |
| Your Man Is About To Be My Man | Herman Kelly & P.J. Craig |

*Exhibit M.*

From: **Isidro Otis** dro@tcomg.com
Subject: "Try To Leave Me if You Can"
Date: August 23, 2014 at 12:00 PM
To: daydreamsongs@me.com

Dear Herman,

Attached is the letter you requested.
Let me know if you need anything else.

Best,
Isidro



**the
CLYDE
OTIS
music
GROUP**

August 23, 2014

Herman Kelley
Po Box 1175
Piscataway, NJ 08855

Re: "Try to Leave Me if You Can" sampled in "For the Love" by Fabolous

Dear Herman,

After careful consideration, The Clyde Otis Music Group dba Iza Music Corp. has decided to not pursue copyright infringement claims against the artist Fabolous, who sampled our composition and included it for release on his mixtape compilation.

We have no objection to you and Bessie Banks (the writers) pursuing this matter independently. If we can be of any help in this matter, please do not hesitate to let us know.

Regards,

Isidro Otis
President
TCOMG