UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HERMAN KELLEY and BESSIE BANKS,

*Plaintiffs*,

v.

THE UNIVERSAL MUSIC GROUP, ISLAND DEF JAM RECORDS, DESERT STORM RECORDS, and KILLA RECORDS,

*Defendants*.

Case No. 14-CV-2968 (PAE)

## NOTICE OF MOTION OF UMG RECORDINGS, INC. TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant UMG Recordings, Inc. ("UMG Recordings"; incorrectly named herein as "Universal Music Group" and "Island Def Jam Records")[1] by its attorneys, Jenner & Block LLP, moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, Courtroom 1305, New York, New York 10007, for an Order dismissing Plaintiffs' Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6), or in the alternative an Order granting summary judgment under Rule 12(d) and Rule 56 of the Federal Rules of Civil Procedure to UMG Recordings, Inc., and for such other relief as the Court deems appropriate. This Motion is based upon the accompanying Memorandum of Law, Declaration of Nicole Wyskoarko, and the Local Rule 56.1 Statement.

---

[1] Plaintiffs incorrectly refer to "Island Def Jam Records", "Island Def Jam Music Group", and "Universal Music Group" throughout their Amended Complaint. The Island Def Jam Music Group and Def Jam Recordings are unincorporated divisions of UMG Recordings. Accordingly, UMG Recordings is the only proper party in this case and respond on behalf of itself, The Island Def Jam Music Group, and Def Jam Recordings.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: June 2, 2015

JENNER & BLOCK LLP

By: /s/ Andrew H. Bart

Andrew H. Bart
Christine I. Lee
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
*Attorneys for Defendant UMG Recordings, Inc.*